UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES J. KAUFMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALEZ, et al.,<br><br>    Defendants. | Civil Action No.  05-1631 (RWR) |

## ORDER

Plaintiff's application to proceed *in forma pauperis* was granted by the Court. The Clerk of the Court is ordered to issue summonses with copies of the complaint so that the United States Marshal's Office may effect service on the defendants.

                                              /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge

Dated: October 4, 2005