UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES J. KAUFMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1631 (RWR) |
| | ) |
| ALBERTO R. GONZALEZ, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR AN ENLARGEMENT OF TIME**

Defendants, Attorney General Alberto Gonzales, Department of Justice(DOJ), Secretary Michael Chertoff, Department of Homeland Security (DHS) and Secretary Condoleezza Rice, Department of State(State), by and through its attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's action to and including February 2, 2006. The answer would otherwise be due on Tuesday, January 3, 2006. Because plaintiff is incarcerated, and is proceeding pro se, Local Rule 7.1(m) does not apply to this motion, and Defendants therefore have not obtained his position as to the relief requested. Plaintiff has brought this action alleging violation of the Administrative Procedures Act by Defendants by not allowing him to renounce his citizenship. The named defendants are being sued in this matter in their official capacities.

The agencies have informed the undersigned that additional time is needed to complete the respective investigations of plaintiff's claims herein. In addition, these agencies may also need to provide documentation necessary to prepare a response to plaintiff's allegations.

Moreover, the undersigned counsel also needs the time requested because of the following scheduled matters: filing a Motion to Dismiss due in <u>Watkins v. Holt</u>, C.A. No. 05-1565 (RMU) on January 3, 2006; filing a Motion to dismiss due in <u>Pinnavaia v. CIA</u>, C.A. No. 05-1208 on January 6, 2006; and filing a reply to Motion for summary affirmance due in <u>Wood v. Billington</u>, Civil Action No. 03-1343 (RMU) on January 11, 2006.

    This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2005, I caused the foregoing Motion for Enlargement of Time to be served on Pro Se Plaintiff by mail, postage prepaid, addressed as follows:

**James J. Kaufman #351960**
**N6500 Haipek Road**
**P.O. Box 233**
**Black River Falls, WI 54615-0233**

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334