IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James J. Kaufman,

            Plaintiff,

    -vs-

Alberto R. Gonzalez,
Michael Chertoff,
Condoleezza Rice,

            Defendant(s).

CIVIL CASE NO. 05-cv-01631-RWR

RULE 26(a)(1) DISCLOSURE

---

I.      Pursuant to Rule 26(a)(1)(A), the following individuals are likely to have relevant discoverable information:

| | |
|---|---|
| 1.  Alberto Gonzalez<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | 2.  Condoleezza Rice<br>U.S. Dept. of State<br>2201 C Street, NW<br>Washington, DC 20520-4811 |
| 3.  Michael Chertoff<br>U.S. Dept. of Homeland Security<br>111 Massachusetts Avenue, NW<br>Washington, DC 20529 | 4.  John Ashcroft<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| 5.  Fairy D. White<br>USCIS – Homeland Security<br>111 Massachusetts Avenue, NW<br>Washington, DC 20529 | 6.  Phyllis V. Bell<br>USCIS – Homeland Security<br>111 Massachusetts Avenue, NW<br>Washington, DC 20529 |
| 7.  Melanie Ann Pustay<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | 8.  Thomas Branagan<br>USCIS – Homeland Security<br>111 Massachusetts Avenue, NW<br>Washington, DC 20529 |
| 9.  Senator Herb Kohl<br>330 Hart Senate Office Bldg.<br>Washington, DC 20510-4903 | 10.  Intisar R. Na'im<br>U.S. Dept. of State<br>2201 C Street, NW<br>Washington, DC 20520-4811 |
| 11.  J.B. Van Hollen<br>U.S. Attorney's Office<br>660 W. Washington Avenue, #303<br>Madison, WI 53703 | 12.  John W. Vaudreuil<br>U.S. Attorney's Office<br>660 W. Washington Avenue #303<br>Madison, WI 53703 |

( 1 )

II.   Pursuant to Rule 26(a)(1)(B), plaintiff Kaufman is in possession of the following relevant documents, which are attached to this disclosure:

| DOC # | DATE | DESCRIPTION | # OF PAGES |
|---|---|---|---|
| 01 | 07/25/04 | Letter from Kaufman to John Ashcroft | 1 |
| 02 | 07/25/04 | Letter from Kaufman to J.B. Van Hollen | 1 |
| 03 | 08/20/04 | Letter from Vaudreuil to Kaufman | 1 |
| 04 | 08/25/04 | Letter from Kaufman to Bureau of Immigration & Customs | 1 |
| 05 | 10/12/04 | Letter from Fairy D. White to Kaufman | 1 |
| 06 | 11/26/04 | Letter from Phyllis V. Bell to Kaufman | 2 |
| 07 | 01/03/05 | Letter from Kaufman to State Dept. Bureau of Consular Affairs | 1 |
| 08 | 01/03/05 | Letter from Kaufman to Fairy D. White | 1 |
| 09 | 01/03/05 | Letter from Kaufman to State Dept. Bureau of Consular Affairs | 1 |
| 10 | 01/03/05 | Letter from Kaufman to Senator Herb Kohl | 1 |
| 11 | 03/16/05 | Letter from Kaufman to Alberto Gonzalez | 1 |
| 12 | 03/16/05 | Letter from Kaufman to Fairy D. White | 1 |
| 13 | 04/28/05 | Letter from Phyllis V. Bell to Kaufman | 2 |
| 14 | 04/26/05 | Letter from Kaufman to Dept. of Justice FOIA Officer | 2 |
| 15 | 04/20/05 | Letter from Kaufman to Alberto Gonzalez (certified mail) | 2 |
| 16 | 05/11/05 | Letter from Kaufman to Phyllis V. Bell | 2 |
| 17 | 05/26/05 | Letter from Melanie Ann Pustay to Kaufman | 1 |
| 18 | 05/26/05 | Letter from Janice M. Jackson to Kaufman | 2 |
| 19 | 06/02/05 | Letter from Kaufman to Melanie Ann Pustay | 1 |
| 20 | 06/02/05 | Letter from Kaufman to Justice Dept. Office of Information & Privacy | 1 |
| 21 | 06/15/05 | Letter from Kaufman to Janice M. Jackson | 2 |
| 22 | 07/11/05 | Letter from Kaufman to Thomas Branagan | 1 |
| 23 | 06/28/05 | Letter from Thomas Branagan to Kaufman | 1 |
| 24 | 07/11/05 | Letter from Kaufman to Michael Chertoff | 1 |
| 25 | 07/11/05 | Letter from Kaufman to Alberto Gonzalez | 1 |
| 26 | 07/11/05 | Letter from Kaufman to Condoleezza Rice | 1 |
| 27 | 07/20/05 | Letter from Kaufman to Dept. of Defense FOIA Officer | 1 |
| 28 | 07/20/05 | Letter from Kaufman to Dept. of Justice FOIA Officer | 1 |
| 29 | 07/20/05 | Letter from Kaufman to Dept. of Homeland Security FOIA Officer | 1 |
| 30 | 10/25/05 | Letter from Kaufman to Dept. of Defense FOIA Officer | 1 |
| 31 | 10/25/05 | Letter from Kaufman to Dept. of Homeland Security FOIA Officer | 1 |
| 32 | 11/02/04 | Letter from Senator Herb Kohl to Kaufman | 1 |
| 33 | | United Nations' Universal Declaration of Human Rights | 1 |
| 34 | | United Nations' Universal Declaration of Human Rights, pt. 2 | 1 |
| 35 | 07/20/05 | Letter from Kaufman to Dept. of State FOIA Officer | 1 |
| 36 | 09/16/05 | Letter from Intisar R. Na'im to Kaufman | 3 |
| 37 | 09/28/05 | Letter from Kaufman to Na'im | 1 |
| 38 | 11/01/05 | Letter from Na'im to Kaufman | 3 |
| 39 | 11/01/05 | Letter from Na'im to Kaufman | 4 |
| 40 | 11/01/05 | Letter from Na'im to Kaufman | 1 |

Dated this 8th day of December, 2005.

James J. Kaufman, pro se

( 2 )



James Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


July 25, 2004


John Ashcroft, Attorney General
U.S. Department of Justice
5111 Main Justice Bldg.
950 Pennsylvania Avenue, NW
Washington, DC 20530


RE:   8 U.S.C. § 1481(a)(6)


Dear Mr. Ashcroft:

      I am writing to initiate the renunciation of my United States citizenship, pursuant to the Immigration and Nationality Act, codified in 8 U.S.C. § 1481(a)(6).

      The United States is currently at war, which means that this statute may be invoked for purposes of renouncing my American citizenship.  President Bush has been at war now for three years; it is time for me to proceed with my plans.

      I will note that, I had originally intended to renounce my citizenship under 8 U.S.C. § 1481(a)(5), but the laws of the State of Wisconsin prohibit me from doing so.  (Though, I cannot understand why the State of Wisconsin can be permitted to enact a law which is forcing me to retain my United States citizenship.)

      Please send me any and all documents and information I need to begin, and complete, the renunciation process.  I would also like to meet with a member of your staff in order to fulfill the requirements of the statute.

      Thank you for your time and assistance.


                  Sincerely,

                  James Kaufman

                  James J. Kaufman





James Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233

July 25, 2004

J.B. Van Hollen, U.S. Attorney
U.S. Attorney's Ofice
660 W. Washington Ave. #200
P.O. Box 1585
Madison, WI 53701

RE:    8 U.S.C. § 1481(a)(6)

Dear U.S. Attorney:

    I am writing to initiate the renunciation of my United States citizenship, pursuant to the Immigration and Nationality Act, codified in 8 U.S.C. § 1481(a)(6).

    The United States is currently at war, which means that this statute may be invoked for purposes of renouncing my American citizenship. President Bush has been at war now for three years; it is time for me to proceed with my plans.

    I will note that, I had originally intended to renounce my citizenship under 8 U.S.C. § 1481(a)(5), but the laws of the State of Wisconsin prohibit me from doing so. (Though, I cannot understand why the State of Wisconsin can be permitted to enact a law which is forcing me to retain my United States citizenship.)

    Please send me any and all documents and information I need to begin, and complete, the renunciation process. I would also like to meet with a member of your staff in order to fulfill the requirements of the statute.

    Thank you for your time and assistance.

Sincerely,

James Kaufman

James J. Kaufman





**U.S. Department of Justice**

*J.B. Van Hollen*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Main Facsimile 608/264-5172
Criminal Division Facsimile 608/264-5054
Civil Division Facsimile 608/264-5724
Administrative Facsimile 608/264-5183

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

August 20, 2004

Mr. James J. Kaufman
Register No. 351960
P.O. Box 233
Black River Falls, WI 54615-0233

Dear Mr. Kaufman:

This letter is written in response to your July 25 letter in which you seek to renounce your United States citizenship. This office does not handle these matters and I suggest you contact the Bureau of Immigrations and Customs Enforcement. Their address is 310 E. Knapp Street, Milwaukee, WI 53202.

Very truly yours,

J.B. VAN HOLLEN
United States Attorney

By:

JOHN W. VAUDREUIL
Assistant United States Attorney

JWV:rm



James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


August 25, 2004


Bureau of Immigrations and Customs Enforcement
310 E. Knapp Street
Milwaukee, WI 53202


RE:    8 U.S.C. §1491(a)(6)


To Whom It May Concern:


    I am writing to you at the direction of Mr. John W. Vaudreuil, Assistant United States Attorney.  On August 20, 2004, he directed me to contact your office with this matter.

    The purpose of my letter is to initiate the renunciation of my United States citizenship, pursuant to the Immigration and Nationality Act, codified in 8 U.S.C. §1481(a)(6).  The United States is currently at war, which means that this statute may be invoked for purposes of renouncing my American citizenship.  President Bush has been at war now for several years; it is time for me to proceed with my plans.

    I will note that, I had originally intended to renounce my citizenship under 8 U.S.C. §1481(a)(5), but the laws of the State of Wisconsin prohibit me from doing so, even after my release from incarceration.  (Though, I cannot understand why the State of Wisconsin can be permitted to enact a rule which is forcing me to retain my United States citizenship; nor can I understand why they would even wish to keep me here.  I would think that they would want to get rid of me as soon as possible.)

    Please send me any and all documents and information I may need to begin, and complete, and renunciation process.  I would also like to meet with a member of your staff, in person or via telephone, in order to fulfill the requirements of the statute.


                            Sincerely,

                            James J. Kaufman



U.S. Department of Homeland Security
Washington, DC 20528

**U.S. Citizenship
and Immigration
Services**

HQCIS 70/48.2-C

OCT 1 2 2004

Mr. James Kaufman
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI  54615-0233

Dear Mr. Kaufman:

The following information is in response to your letter, which was received by the Headquarters Office of the U.S. Citizenship and Immigration Services (USCIS).

The act of renouncing United States citizenship falls under the jurisdiction of the Department of State.  If you would like to relinquish your nationality you should contact that agency directly. Their address is:

**Department of State
2401 E Street, NW
Columbia Plaza
Washington, DC 20520**

Sincerely,

Fairy D. White
Supervisory Program Specialist
Customer Information Team
Customer Assistance Office

# 5

U.S. Department of Homeland Security
Washington, DC 20528



**U.S. Citizenship
and Immigration
Services**

HQCIS 70/48.2-C

NOV 2 6 2004

James Kaufman
c/o Jackson Correctional Institution #351960
N6500 Haipek Road
Post Office Box 233
Black River Falls, WI 54615

Dear Mr. Kaufman:

This is in response to your letter dated October 24, 2004 which has been forwarded to us, the Headquarters Office of the U.S. Citizenship and Immigration Services (USCIS) for a response.

Through your letter, you attempt to expatriate yourself from the United States of America and you assert that unless the Government of the United States specifically disputes your attempted expatriation that it has agreed to your expatriation from the United States of America.

United States nationality cannot be waived or relinquished by unilateral declaration, except as provided by law. Whether a person has lost or formally renounced his or her United States nationality is governed by the provisions of Section 349 of the Immigration and Nationality Act, 8 U.S.C. § 1481. Section 349 of the INA provides that a person who is a national of the United States, whether by birth or naturalization, can lose his or her nationality by voluntarily performing the following acts:

1. naturalizing in a foreign state after reaching the age of 18;
2. taking an oath, or making a formal declaration of allegiance, to a foreign state, or political subdivision thereof, after reaching the age of 18;
3. entering, or serving, in the armed forces of a foreign state, if the armed forces are engaged in hostilities against the United States, or the individual serves as a commissioned or non-commissioned officer of such armed forces;
4. accepting, serving in, or performing the duties of any office or employment under the government of a foreign state or, political subdivision thereof, after reaching the age of 18, if the person has acquired, or acquires, nationality of the foreign state;
5. formally renouncing nationality before a diplomatic or consular officer of the United States in a foreign state, in the manner prescribed by the Secretary of State;



www.uscis.gov

James Kaufman
Page 2

6. making in the United States a formal written renunciation of nationality in the manner prescribed by the Attorney General of the United States when the United States is in a state of war and the Attorney General approves the renunciation as not contrary to the interests of national security; or

7. committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States.

No national of the United States can lose nationality while within the United States, except as stated in paragraphs (6) and (7) of Section 349 of the INA. See, INA § 351. However, loss of nationality shall result by the commission of other expatriating acts while within the United States, or any of its outlying possessions, "if and when the national thereafter takes up residence outside the United States and its outlying possessions."

A person who is not a citizen of the United States is an alien under the law, and as such, is not entitled to live or work in the United States, unless specifically authorized by law. An alien within the United States who is present in violation of law is subject to removal from the United States. Furthermore, aliens within the United States are subject to most of the same laws and responsibilities while living within the United States, as are citizens.

Your letter indicates that you were within the United States when you attempted to renounce your citizenship and that you intend to remain within the United States. As indicated above, a national cannot lose nationality except as specifically provided for by Section 349 of the INA. Your attempt to renounce your citizenship by submitting your letter to the USCIS does not comply with Section 349 of the INA. Therefore, you have not renounced your citizenship. Until you have effectively renounced your citizenship in compliance with Section 349 of the INA, you remain a national and citizen of the United States and are subject to the laws thereof. More information regarding renunciation of nationality is available from the Department of State, 2401 E Street, NW, Columbia Plaza, Washington, D.C. 20520.

Sincerely,

Fairy D. White
Supervisory Program Specialist
Customer Information Team
Customer Assistance Office



James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233

January 3, 2005



Bureau of Consular Affairs
United States Dept. of State
2201 C Street, NW
Washington, DC 20520-4811

Dear Consular Affairs:

     I am writing to you concerning renunciation of United States citizenship during a time of war, pursuant to 8 U.S.C. §1481(a)(6). Please DO NOT refer me to the United States Dept. of Justice on this matter. I am well aware that the Attorney General has jurisdiction over such renunciations.

     However, here is my problem. Each time I have written to your office regarding this issue, you have referred me to the Dept. of Justice. I have sent <u>four</u> letters to the Dept. of Justice, asking them for information about renunciation during a time of war. Each and EVERY time, that office has referred me BACK to your office, stating that you have jurisdiction over such renunciations.

     Now, I am asking your office to provide any and all information you have regarding renunciations pursuant to 8 U.S.C. §1481(a)(6). If you do not have such information, I ask that your office directly contact the appropriate person at the U.S. Department of Justice who has such information, and ask that the information be forwarded to me. In the alternative, can you please provide me with the name of a specific person at that agency who can answer my questions?

     I am sick and tired of being tossed back and forth between the State and Justice Departments. If I do not receive answers soon, my next step will be to file a federal mandamus action against both agencies.

     Thank you for your time and assistance in this matter. I greatly appreciate your help.

                              Sincerely,

                              James J. Kaufman



James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


January 3, 2005


Fairy D. White
U.S. Citizenship & Immigration Services
U.S. Dept. of Homeland Security
20 Massachusetts Avenue, Suite 200
Washington, DC 20529


Dear Ms. White:


    I am writing to you concerning renunciation of U.S. citizenship during a time of war, pursuant to 8 U.S.C. §1481(a)(6). Please DO NOT refer me to the United States Dept. of State on this matter. That agency does NOT have jurisdiction over this issue. I am well aware that the Attorney General has jurisdiction over such renunciations.

    However, here is my problem. Each time I have written to your office regarding this issue, you have referred me to the Dept. of State. I have sent four letters to the Dept. of State, asking them for information about renunciation during a time of war. Each and EVERY time, that office has referred me BACK to your office, stating that you have jurisdiction over such renunciations.

    Now, I am asking your office to provide any and all information you have regarding renunciations pursuant to 8 U.S.C. §1481(a)(6). If you do not have such information, I ask that your office directly contact the appropriate person at the U.S. Department of Justice who has such information, and ask that the information be forwarded to me. In the alternative, can you please provide me with the name of a specific person at that agency who can answer my questions?

    I am sick and tired of being tossed back and forth between the State and Justice Departments. If I do not receive answers soon, my next step will be to file a federal mandamus action against both agencies.


                    Sincerely,

                    James Kauf

                    James J. Kaufman



James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


January 3, 2005


Bureau of Consular Affairs
United States Dept. of State
2401 E Street, NW
Columbia Plaza
Washington, DC 20520-4811


Dear Consular Affairs:

    I am writing to you concerning renunciation of United States citizenship during a time of war, pursuant to 8 U.S.C. §1481(a)(6). Please DO NOT refer me to the United States Dept. of Justice on this matter. I am well aware that the Attorney General has jurisdiction over such renunciations.

    However, here is my problem. Each time I have written to your office regarding this issue, you have referred me to the Dept. of Justice. I have sent four letters to the Dept. of Justice, asking them for information about renunciation during a time of war. Each and EVERY time, that office has referred me BACK to your office, stating that you have jurisdiction over such renunciations.

    Now, I am asking your office to provide any and all information you have regarding renunciations pursuant to 8 U.S.C. §1481(a)(6). If you do not have such information, I ask that your office directly contact the appropriate person at the U.S. Department of Justice who has such information, and ask that the information be forwarded to me. In the alternative, can you please provide me with the name of a specific person at that agency who can answer my questions?

    I am sick and tired of being tossed back and forth between the State and Justice Departments. If I do not receive answers soon, my next step will be to file a federal mandamus action against both agencies.


                    Sincerely,

                    James J. Kaufman





James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


January 3, 2005


Senator Herb Kohl
402 Graham Avenue, Suite 206
Eau Claire, WI 54701


Dear Senator Kohl:


I am writing to you concerning renunciation of U.S. citizenship during a time of war, pursuant to 8 U.S.C. §1481(a)(6). Please DO NOT refer me to either the Dept. of State or the Dept. of Justice on this matter. I have already contacted those agencies, and they have done nothing but give me the runaround.

Here is my problem. Each time I have written to the Department of Justice, which has jurisdiction over such renunciations pursuant to statute, that office has referred me to the Dept. of State. I have sent four letters to the Dept. of State, asking them for information about renunciation during a time of war. Each and EVERY time, that office has referred me BACK to the Dept. of Justice, stating that that agency has jurisdiction over such renunciations.

Now, I am asking your office to provide any and all information you have regarding renunciations pursuant to 8 U.S.C. §1481(a)(6). If you do not have such information, I ask that your office directly contact the appropriate person at the U.S. Department of Justice who has such information, and ask that the information be forwarded to me. In the alternative, can you please provide me with the name of a specific person at that agency who can answer my questions?

I am sick and tired of being tossed back and forth between the State and Justice Departments. If I do not receive answers soon, my next step will be to file a federal mandamus action against both agencies.


Sincerely,

James J. Kaufman



James J. Kaufman #351960
P.O. Box 233
Black River Falls, WI 54615-0233

March 16, 2005

Alberto R. Gonzalez
United States Dept. of Justice
5111 Main Justice Bldg.
950 Pennsylvania Avenue, NW
Washington, DC 20530

RE:  8 U.S.C. § 1481(a)(6)

Dear Mr. Gonzalez,

    The Immigration and Nationality Act, 8 U.S.C. § 1481(a)(6), states that I may renounce my citizenship during a time of war by making a formal written request to the Attorney General of the United States.

    Please provide me with any and all information, forms, and procedures for initiating such a renunciation.

    If I do not receive the requested information by April 30, 2005, I will seek that information via a U.S. District Court petition for writ of mandamus, because I have already requested this information multiple times from your agency, with no response.

    Thank you for your time and attention to this matter.

                                    Sincerely,

                                    file copy

                                    James J. Kaufman

LEG.  35196

James J. Kaufman #351960
P.O. Box 233
Black River Falls, WI 54615-0233


March 16, 2005


Fairy D. White
U.S. Citizenship & Immigration Services
U.S. Dept. of Homeland Security
Washington, DC 20528


RE:   8 U.S.C. § 1481(a)(6)


Dear Ms. White,

     I have written to your office on MULTIPLE occasions, requesting all
available information, procedures, and forms, for renunciation of
citizenship under 8 U.S.C. § 1481(a)(6). On each occasion, you have
erroneously referred me to the U.S. Department of State, despite the strict
wording of the statute, which states that the Department of State DOES NOT
HAVE JURISDICTION over this issue.

     Please provide me with any and all information, forms, and procedures
for initiating such a renunciation. If I do not receive the requested
information by April 30, 2005, I will seek that information via a U.S.
District Court petition for writ of mandamus, because I have already
requested this information multiple times from your agency.

     Thank you for your time and attention to this matter.


                                   Sincerely,

                                   file copy

                                   James J. Kaufman





U.S. Department of Homeland Security
Washington, DC 20528

**U.S. Citizenship
and Immigration
Services**

HQCIS 70/48.2-C

APR 2 6 2005

Mr. James Kaufman
c/o Jackson Correctional Institution #351960
Post Office Box 233
Black River Falls, WI 54615

Dear Mr. Kaufman:

Thank you for your letter dated March 16, 2005 to the U.S. Citizenship and Immigration
Services (USCIS). Your letter was assigned USCIS case # 209662. The following is in response
to your request for information concerning renunciation.

The United States nationality cannot be waived or relinquished by unilateral declaration, except
as provided by law. Whether a person has lost or formally renounced his or her United States
nationality is governed by the provisions of Section 349 of the Immigration and Nationality Act,
8 U.S.C. § 1481. Section 349 of the INA provides that a person who is a national of the United
States, whether by birth or naturalization, can lose his or her nationality by voluntarily
performing the following acts:

   (1)   naturalizing in a foreign state after reaching the age of 18;

   (2)   taking an oath, or making a formal declaration of allegiance, to a foreign state, or
       political subdivision thereof, after reaching the age of 18;

   (3)   entering, or serving, in the armed forces of a foreign state, if the armed forces are
       engaged in hostilities against the United States, or the individual serves as a
       commissioned or non-commissioned officer of such armed forces;

   (4)   accepting, serving in, or performing the duties of any office or employment under the
       government of a foreign state or, political subdivision thereof, after reaching the age of
       18, if the person has acquired, or acquires, nationality of the foreign state;

   (5)   formally renouncing nationality before a diplomatic or consular officer of the United
       States in a foreign state, in the manner prescribed by the Secretary of State;



www.uscis.gov

Mr. James Kaufman
Page 2

    (5)    formally renouncing nationality before a diplomatic or consular officer of the United States in a foreign state, in the manner prescribed by the Secretary of State;

6 (5)    making in the United States a formal written renunciation of nationality in the manner prescribed by the Attorney General of the United States when the United States is in a state of war and the Attorney General approves the renunciation as not contrary to the interests of national security; or

7 (8)    committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States.

No national of the United States can lose nationality while within the United States, except as stated in paragraphs (6) and (7) of Section 349 of the INA. <u>See</u>, INA § 351. However, loss of nationality shall result by the commission of other expatriating acts while within the United States, or any of its outlying possessions, "if and when the national thereafter takes up residence outside the United States and its outlying possessions."

A person who is not a citizen of the United States is an alien under the law, and as such, is not entitled to live or work in the United States, unless specifically authorized by law. An alien within the United States who is present in violation of law is subject to removal from the United States. Furthermore, aliens within the United States are subject to most of the same laws and responsibilities while living within the United States, as are citizens.

We hope this information was helpful.

Sincerely,

Phyllis V. Bell
Information Liaison Specialist
Customer Assistance Office

U.S. Citizenship & Immigration Services
U.S. Dept. of Homeland Security
20 Massachusetts Ave
Washington, DC 20529

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


April 26, 2005


FOIA Officer
United States Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


RE:    Freedom of Information Act Request


Dear FOIA Officer:

        Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, I request
access to and copies of the following:

        1.    Any and all forms, procedures, information or
              other data available regarding renunciation
              of citizenship under 8 U.S.C. § 1481(a)(6)
              (under Attorney General's jurisdiction).

        I agree to pay reasonable duplication fees for the processing of this
request, in an amount not to exceed $25.00.  Please notify me prior to
incurring any expenses in excess of that amount.  (However, if possible,
please waive any applicable fees.  I am indigent, and will be hard-pressed to
bear the burden of costs.)

        I understand that the FOIA does not require your agency to provide
information that is in the public domain.  However, I am without access to
any Internet and/or library reference resources.  Therefore, I am asking that
your agency assist me in obtaining any such materials, even though you are
not required to do so.

        If my request is denied in whole or part, I ask that you justify all
deletions by reference to specific exemptions of the Act.  I will also expect
you to release all segregable portions of otherwise exempt materials.  I
reserve the right to appeal any decision you may make to withhold any
information, or to deny a waiver of fees.


                                (1)



I look forward to your reply within 20 business days, as required by the statute.

Thank you for your time and assistance in this matter.  Your help is greatly appreciated.

Sincerely,

James J. Kaufman

cc:    file

(2)

James J. Kaufman #351960
Jackson Correctional Institution
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233
(715) 284-4550


April 20, 2005


Alberto Gonzalez, Attorney General
United States Department of Justice
5111 Main Justice Bldg.
950 Pennsylvania Avenue, NW
Washington, DC 20530


RE:    8 U.S.C. § 1481(a)(6)


Dear Mr. Gonzalez:


I have sent multiple letters to your office regarding this issue, without any response. My most recent correspondences were sent on July 25, 2004, and on March 16, 2005.

Pursuant to the Immigration and Nationality Act, set forth at 8 U.S.C. § 1481(a)(6), I am hereby giving you notice that I wish to formally renounce my United States citizenship. Under the statute, you have jurisdiction over this issue; the State Department does not have jurisdiction.

Within thirty (30) days of receipt of this notice, I expect to be personally interviewed by you, or your designee, for purposes of renouncing my United States citizenship. I want this process started as soon as possible.

You are further hereby notified that it is my belief, and that belief is backed up by the frequent words of President George W. Bush, that the United States of America is at "war," and will remain so for the indefinate future. Thus, the terms of 8 U.S.C. § 1481(a)(6) are in force.


Certified Mail    Article # 7004 0750 0003 3401 0433

#15

If I am not contacted for a personal interview within thirty (30) days of service of this letter, I will be initiating a civil and/or mandamus action against you, for violations of my fundamental rights to renounce my United States citizenship. (These rights are also codified under United Nations policy.)

Thank you for your time and consideration.

Sincerely,

*file*

James J. Kaufman

Jackson Correcti
N6500 Haipek Road

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto Gonzalez, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 0750 0003 3401 0433 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

Certified Mail - Article # 7004 0750 0003 3401 0433

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233

*Copy*

May 11, 2005

Phyllis V. Bell
Information Liaison Specialist
Customer Assistance Office
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, NW
Washington, DC 20529

RE:   USCIS Case #209662

Dear Ms. Bell,

I am writing in response to your letter to me, dated April 28, 2005, in which you discussed renunciation of United States citizenship.

You did NOT answer my questions from my original letter. Instead, you merely quoted from 8 U.S.C. § 1481(a), which I already have a copy of.

Pursuant to 8 U.S.C. § 1481(a)(6), a United States citizen may renounce his citizenship **while in the United States** during a time of war. As President Bush has repeatedly stated, the nation is currently in a war, and I believe the terms of 8 U.S.C. § 1481(a)(6) are in play.

Therefore, I am hereby requesting that you provide me with all available information, forms, and instructions for initiating the renunciation of my American citizenship under this statute. Please do not refer me to the U.S. Department of State, as that office does not have jurisdiction over this issue.

In the past, I have sent multiple letters to your office, and to the office of the Attorney General, on this matter. In each instance, you have avoided answering my questions, referred me to offices which do not have jurisdiction, and have basically given me the "runaround."

-1-



If I do not receive a proper response from you office within the next 30 days, including the information I have requested, I will be initiating a civil mandamus action in the United States District Court, District of Columbia.  Your office has a duty and an obligation to initiate the process for this renunciation of my citizenship, as I have made in multiple requests. You cannot ignore my requests.

Thank you for your time and consideration in this matter.


                              Sincerely,



                              James J. Kaufman



cc:   file
      civil action file

-2-

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: *(202) 514-3642*                    *Washington, D.C. 20530*

MAY 2 6 2005

Mr. James J. Kaufman
#351960
P.O. Box 233                              Re:    AG/05-R0629
Black River Falls, WI  54615-0233               MAP:CLM:DRH

Dear Mr. Kaufman:

    This responds to your letter dated April 26, 2005, and received in this Office on May 16, 2005, in which you requested "any and all forms, procedures, information or other data available regarding renunciation of citizenship under 8 U.S.C. § 1481(a)(6)." This response is being made on behalf of the Office of Attorney General.

    For your information, this Office maintains initial request files of Freedom of Information Act (FOIA) and Privacy Act requests for records that may be located in the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legal Policy, Legislative Affairs, Public Affairs, and Intergovernmental and Public Liaison. Additionally, this Office maintains files of administrative appeals of denials of Department of Justice FOIA and Privacy Act requests. The FOIA provides a right of access to federal agency records that exist and can be located in agency files, and does not require agencies to answer questions, compile information or conduct research. As such, neither this Office nor the Office of the Attorney General handles citizenship matters; therefore, neither Office can be of further assistance in this matter.

    To the extent that you are seeking information concerning U.S. citizenship, you may wish to contact the U.S. Citizenship and Immigration Services of the Department of Homeland Security at the following address:

        Director
        Freedom of Information Act/Privacy Act Program
        425 Eye Street, N.W., 2nd Floor
        ULLICO Building
        Washington, D.C.  20536

    If you consider my response to be a denial of your request, you may administratively appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                  Sincerely,

                  Melanie Ann Pustay
                  Deputy Director

U.S. Department of Homeland Security
Washington, DC 20528



**U.S. Citizenship
and Immigration
Services**

May 26, 2005

HQCIS 70/48.2-C

Mr. James J. Kaufman
N6500 Haipek Road
Post Office Box 233
Black River Falls, WI  54615-0233

Dear Mr. Kaufman:

Thank you for your correspondence dated May 11, 2005, to U.S. Citizenship and Immigration Services
(USCIS). Your letter concerning your desire to expatriate yourself from the United States of America was
assigned USCIS case number 241100 and forwarded to the Customer Assistance Office for a response.

You indicated in your letter that you have previously contacted our offices regarding this same matter and
received a response. I would like to reiterate that the U.S. Department of State most certainly does have
purview over matters regarding expatriation. You will find supporting references to their authority in this
area in the Immigration and Nationality Act (INA). You may wish to redirect your concerns to them at the
address provided later in this letter.

Also, I would like to reinforce a few key points regarding renunciation of your American citizenship.
United States nationality cannot be waived or relinquished by unilateral declaration, except as provided
by law. Whether a person has lost or formally renounced his or her U.S. nationality is governed by the
provisions of Section 349 of the INA, 8 U.S.C. § 1481. Section 349 of the INA provides that a person
who is a national of the United States, whether by birth or naturalization, can lose his or her nationality by
voluntarily performing the following acts:

1.  naturalizing in a foreign state after reaching the age of 18;

2.  taking an oath, or making a formal declaration of allegiance, to a foreign state, or political
    subdivision thereof, after reaching the age of 18;

3.  entering, or serving, in the armed forces of a foreign state, if the armed forces are engaged in
    hostilities against the United States, or the individual serves as a commissioned or non-
    commissioned officer of such armed forces;

4.  accepting, serving in, or performing the duties of any office or employment under the government
    of a foreign state or, political subdivision thereof, after reaching the age of 18, if the person has
    acquired, or acquires, nationality of the foreign state;

5.  formally renouncing nationality before a diplomatic or consular officer of the United States in a
    foreign state, in the manner prescribed by the Secretary of State;

6.  *making, in the United States, a formal written renunciation of nationality in the manner
    prescribed by the Attorney General of the United States, when the United States is in a state of
    war and the Attorney General approves the renunciation as not contrary to the interests of
    national security; or*

# 18

Mr. James J. Kaufman
May 26, 2005
Page 2

7. committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States.

Item number 6 is emphasized, as you cite that as the reason you want to relinquish your citizen. *No national of the United States can lose nationality while residing within the United States,* except as stated in paragraphs (6) and (7) of Section 349 of the INA. See, INA § 351. However, loss of nationality shall result by the commission of other expatriating acts while within the United States, or any of its outlying possessions, "if and when the national thereafter takes up residence outside the United States and its outlying possessions." Your letter indicates that you are within the United States and that you intend to remain here.

Note also that a person who is not a citizen of the United States is an alien under the law, and as such, is not entitled to live or work in the United States, unless specifically authorized by law. An alien within the United States who is presently in violation of law is subject to removal from the United States. Furthermore, aliens within the United States are subject to most of the same laws and responsibilities while living within the United States, as are citizens.

As indicated above, a national cannot lose nationality except as specifically provided for by Section 349 of the INA. Your attempt to renounce your citizenship by submitting your letter to the USCIS does not comply with Section 349 of the INA. Therefore, you have not renounced your citizenship. Until you have effectively renounced your citizenship in compliance with Section 349 of the INA, you remain a national and citizen of the United States and are subject to the laws thereof.

You have requested forms and procedural information regarding expatriation. More information regarding renunciation of nationality is available from the Department of State. 2401 E Street, NW, Columbia Plaza, Washington, D.C. 20520.

If you require additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov. To speak with an Immigration Information Officer, you must make an appointment via the Internet at INFOPASS located on our website. You must bring the printout of your INFOPASS appointment and a photo ID to the scheduled appointment.

We trust that this information is helpful.

Sincerely,

*Janice M. Jackson*

Janice M. Jackson
Information Program Specialist
Customer Assistance Office

20 Mass. Ave
Wash DC 20529



James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


June 2, 2005


Melanie Ann Pustay, Deputy Director
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


RE:    AG/05-R0629


Dear Ms. Pustay:


    I am responding to your letter, dated May 26, 2005, in which you claim that the Office of the Attorney General does not handle citizenship matters.  I beg to differ.

    Please refer to 8 U.S.C. § 1481(a)(6), in which that statute CLEARLY states that it is the Attorney General who has jurisdiction over renunciation of American citizenship under certain conditions, such as during a time of war.  Your claim that the Attorney General does NOT, in fact, handle such matters would mean that your agency is refusing to comply with a law passed by the United States Congress.  Such a refusal is actionable under the law, and I intend to pursue this via a civil action in the United States District Court.

    I have repeatedly written to the Attorney General's office regarding this issue.  In each instance, you have referred me to yet another agency.  These other agencies DO NOT HAVE JURISDICTION in this matter.  Again, read the statute cited above.

    I expect you to respond to my letter in a timely manner.  I will be filing my civil action with the court if I do not receive the information I requested originally [on April 26, 2005] within 30 days of this letter.

    Thank you for your time and assistance in this matter.


                            Sincerely,

                            James J. Kaufman

# 19

351960



James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


June 2, 2005


Co-Director
Office of Information and Privacy
United States Dept. of Justice
Flag Bldg, Ste. 570
Washington, D.C. 20530-0001


RE:     AG/05-R0629
        **FREEDOM OF INFORMATION ACT APPEAL**


Dear Director:


    I am appealing the denial of my FOIA request by Deputy Director Melanie Ann Pustay, in which she refuses to provide the requested information by claiming that the Office of the Attorney General does not handle citizenship matters.  I beg to differ.

    Please refer to 8 U.S.C. § 1481(a)(6), in which that statute CLEARLY states that it is the Attorney General who has jurisdiction over renunciation of American citizenship under certain conditions, such as during a time of war.  Ms. Pustay's claim that the Attorney General does NOT, in fact, handle such matters would mean that your agency is refusing to comply with a law passed by the United States Congress.  Such a refusal is actionable under the law, and I intend to pursue this via a civil action in the United States District Court.

    I have repeatedly written to the Attorney General's office regarding this issue.  In each instance, I have been referred to yet another agency.  These other agencies DO NOT HAVE JURISDICTION in this matter.  Again, read the statute cited above.

    I expect you to respond to my letter in a timely manner.  I will be filing my civil action with the court if I do not receive the information I requested originally [on April 26, 2005] within 30 days of this letter.

    Thank you for your time and assistance in this matter.



                                    Sincerely,

                                    James J. Kaufman

                                    James J. Kaufman



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

JUN 1 7 2005

Mr. James J. Kaufman
No. 351960
Jackson Correctional Institution
P.O. Box 233
Black River Falls, WI 54615-0233

    Re: Request No. AG/05-R0629

Dear Mr. Kaufman:

    This is to advise you that your administrative appeal from the action of the Office of Information and Privacy's Deputy Director, Melanie Ann Pustay, acting on behalf of the Office of the Attorney General was received by this Office on June 10, 2005.

    Another part of the Office of Information and Privacy has the responsibility of adjudicating such appeals and has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2018**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                        Sincerely,

                        Priscilla Jones
                        Chief Administrative Staff

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233



June 15, 2005

Janice M. Jackson
Customer Assistance Office
U.S.C.I.S. - Dept. of Homeland Security
20 Massachusetts Avenue
Washington, DC 20529

RE:    USCIS Case # 241100

Dear Ms. Jackson -

I am responding to your letter of May 26, 2005, and would like you to
read and respond to each of the following points.

First, you state that "the U.S. Department of State most certainly does
have purview over matters regarding expatriation." If you will look back at
my previous correspondence, you will see that I have indicated that the State
Department does NOT have jurisdiction over expatriation under 8 U.S.C.
§1481(a)(6). I don't care about the other provisions of the statute. I have
repeatedly written to the State Department, and each time they have directly
me to contact your office. In response, your office has repeatedly redirected
me back to the Department of State, despite the fact that the State Department
has no jurisdiction under 8 U.S.C. §1481(a)(6).

Second, you state that my letter indicates that I intend to remain in
the United States. I don't know what you're referring to. At no point have I
EVER indicated that I plan on remaining in the United States. I plan on
getting the hell out of this country at the earliest possible legal
opportunity. As time goes on, I can tell you that I am becoming more and more
an enemy of the United States and its government, as a result of the
government's policies and actions. You hate terrorists, and to be honest, as
time goes on, I'm becoming more and more sympathetic to terrorists and their
beliefs. Would you like me to go further, and actively support them? Keep on
forcing me to be a United States citizen, and you'll see.

-1-



LEG... 351960

Third, you state that my attempt to renounce my citizenship by submitting my letter to the USCIS does not comply with §349 of the INA. The law set forth at 8 U.S.C. §1481(a)(6) states that I must contact the United States Attorney General in order to renounce my citizenship under that statute. I have repeatedly sent such contact letters to the Attorney General's office, including a certified mail letter, and each time that office has referred me to YOUR office, and to the Dept. of State.

If 8 U.S.C. §1481(a)(6) places jurisdiction of such renunciation of citizenship firmly in the hands of the Attorney General, why are you referring me yet again to the Dept. of State?

My next step is to file a civil action in the United States District Court for the District of Columbia, forcing you and your cronies to comply with the laws.


Awaiting your inadequate response –

James J. Kaufman


cc:    court file

LEGA 351960



James J. Kaufman
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


July 11, 2005



Mr. Thomas Branagan
Customer Assistance Office
U.S. Citizenship & Immigration Services
111 Massachusetts Avenue, NW, Suite 6000
Washington, DC 20529


RE:    8 U.S.C. §1481(a)(6)


Dear Mr. Branagan:

    I am going to be very offensive in this letter (my sixth letter to your office), and assert that everybody in your office is either a moron or an idiot. Bear with me.

    I have repeatedly attempted to request information regarding the above-cited federal statute. The terms of the statute are clear.

    However, your office has repeatedly (and erroneously) referred me to the Department of State. Under all OTHER sections of 8 U.S.C. §1481(a), the State Department would have jurisdiction, but not under section (a)(6).

    So, you apparently cannot read the text of the law you are supposed to have jurisdiction under.

    Now, I will ask you for one final time, what is the proper procedure for pursuing my rights under section (a)(6) of this statute? What forms do I need to fill out? Who do I need to contact? DO NOT TELL me to contact the Department of State. They do not have jurisdiction.

    I look forward to your reply within twenty business days. After that, I will file with the federal District Court in Washington, D.C., to force your agency to comply with the laws.


                              Sincerely,

                              James K.J

                              James Kaufman




U.S. Department of Homeland Security
Washington, DC 20528



**U.S. Citizenship
and Immigration
Services**

JUN 2 8 2005

Mr. James Kaufman
C/o Jackson Correctional Institution #351960
Post Office Box 233
Black River Falls, WI  54615

Dear Mr. Kaufman:

The following information is in response to your letter dated April 20, 2005, which was received
by the Headquarters Office of the U.S. Citizenship and Immigration Services (USCIS).  Your
letter was assigned USCIS case #240960.

The act of renouncing United States citizenship falls under the jurisdiction of the Department of
State.  If you would like to relinquish your nationality you should contact that agency directly.
Their address is:

**Department of State
2401 E Street, NW
Columbia Plaza
Washington, DC 20520**

If you require additional assistance and/or filing instructions, we invite you to contact the USCIS
National Customer Service Center at 1-800-375-5283 or visit our website at www.uscis.gov.  To
speak with an Immigration Information Officer, you must make an appointment via the Internet
at **INFOPASS** located on our website.  You must bring the printout of your **INFOPASS**
appointment and a photo ID to the scheduled appointment.

We trust that this information is helpful.

Sincerely,

Thomas Branagan
Information Program Specialist
Customer Assistance Office

US CIS
Dept of Hom Sec.
111 Mass Ave NW Ste 6000
Wash DC  20589



www.uscis.gov



James J. Kaufman
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


July 11, 2005


Michael Chertoff, Secretary
United States Dept. of Homeland Security
111 Massachusetts Avenue, NW
Washington, DC 20529


RE:   8 U.S.C. § 1481(a)(6)


Dear Mr. Chertoff,

       Can you (or your staff) please review the text of the statute cited
above [8 U.S.C. § 1481(a)(6)], and please tell me what the proper procedure
is for pursuing my rights under this statute?

       I need information about procedure, proper forms, who I need to
contact, etc.

       Also, please DO NOT refer me to the United States Department of State
in regards to this matter.  The Department of State does not have
jurisdiction under §1481(a)(6).   Such jurisdiction, by the text of the
statute, is reserved for the Departments of Homeland Security and Justice.

       Thank you for your time and consideration in this matter.  I look
forward to receiving your response within twenty (20) business days.



                              Sincerely,


                              James J. Kaufman



cc:   file
      Rice
      Gonzalez

James J. Kaufman
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233

July 11, 2005

Alberto R. Gonzalez, Attorney General
United States Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

RE:   8 U.S.C. § 1481(a)(6)

Dear Mr. Gonzalez,

        Can you (or your staff) please review the text of the statute cited
above [8 U.S.C. § 1481(a)(6)], and please tell me what the proper procedure
is for pursuing my rights under this statute?

        I need information about procedure, proper forms, who I need to
contact, etc.

        Also, please DO NOT refer me to the United States Department of State
in regards to this matter.  The Department of State does not have
jurisdiction under §1481(a)(6).  Such jurisdiction, by the text of the
statute, is reserved for the Departments of Homeland Security and Justice.

        Thank you for your time and consideration in this matter.  I look
forward to receiving your response within twenty (20) business days.

                          Sincerely,

                          James Kaufman

                          James J. Kaufman

cc:    file
       Rice
       Chertoff

# 25

*Copy*

James J. Kaufman
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233

July 11, 2005

*COPY*

Condolleeza Rice, Secretary
United States Dept. of State
2201 C Street, NW
Washington, DC 20520

RE:    8 U.S.C. § 1481(a)(6)

Dear Ms. Rice,

Can you (or your staff) please review the text of the statute cited above [8 U.S.C. § 1481(a)(6)], and please tell me what the proper procedure is for pursuing my rights under this statute?

I need information about procedure, proper forms, who I need to contact, etc.

Thank you for your time and consideration in this matter. I look forward to receiving your response within twenty (20) business days.

Sincerely,

James J. Kaufman

cc:    file
       Gonzalez
       Chertoff

#26

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233



July 20, 2005

FOIA / PA Officer
U.S. Department of Defense
1155 Defense Penagon
Washington, DC 20301

RE:    Freedom of Information Act / Privacy Act Request

Dear FOIA / PA Officer:

Pursuant to the Freedom of Information Act, and the Privacy Act, 5 USC §§ 552 et seq., I am hereby requesting access to and copies of the following documents and information:

1.    Any and all documents, correspondence, letters, reports, etc., produced by your agency for distribution to the public which refers to the current conflict(s) in Iraq and/or Afghanistan as "war".

2.    Any and all documents, letters, correspondence, reports, etc., sent to your agency by President George W. Bush regarding the current conflicts in Iraq and/or Afghanistan, in which President Bush refers to the conflicts as "war".

Pursuant to the FOIA and PA, I agree to pay any reasonable costs associated with this information request. Please advise me if the costs will exceed the amount of $25.00. I also hereby request that your agency expedite this request, as I need this information for further proceedings in the United States District Courts.

Thank you for your time and assistance in this matter. I look forward to your response within the next 20 business days, as the statute(s) require.

Sincerely,

file copy
James J. Kaufman



# 27

IFC 351960

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233



July 20, 2005

FOIA / PA Officer
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

RE:    Freedom of Information Act / Privacy Act Request

Dear FOIA / PA Officer:

Pursuant to the Freedom of Information Act, and the Privacy Act, 5 USC §§ 552 et seq., I am hereby requesting access to and copies of the following documents and information:

1.    Any and all correspondence, letters, etc., sent by me to your agency regarding renunciation of U.S. citizenship and/or expatriation, between January 1999 and July 2005;

2.    Any and all correspondence, letters, etc., sent by your agency to me regarding renunciation of U.S. citizenship and/or expatriation, between January 1999 and July 2005;

3.    The full names, addresses, phone numbers, and titles of any and all individuals within your agency who have information, authority, and/or jurisdiction under 8 U.S.C. § 1481(a)(6).

Pursuant to the FOIA and PA, I agree to pay any reasonable costs associated with this information request.  Please advise me if the costs will exceed the amount of $25.00.  I also hereby request that your agency expedite this request, as I need this information for further proceedings in the United States District Courts.

Thank you for your time and assistance in this matter.  I look forward to your response within the next 20 business days, as the statute(s) require.

Sincerely,

file copy
James J. Kaufman



LEGAL 351960

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


July 20, 2005


FOIA / PA Officer
U.S. Department of Homeland Security
111 Massachusetts Avenue, NW
Washington, DC 20548


RE:    Freedom of Information Act / Privacy Act Request


Dear FOIA / PA Officer:

    Pursuant to the Freedom of Information Act, and the Privacy Act, 5 USC §§ 552 et seq., I am hereby requesting access to and copies of the following documents and information:

    1.    Any and all correspondence, letters, etc., sent by me to your agency regarding renunciation of U.S. citizenship and/or expatriation, between January 1999 and July 2005;

    2.    Any and all correspondence, letters, etc., sent by your agency to me regarding renunciation of U.S. citizenship and/or expatriation, between January 1999 and July 2005;

    3.    The full names, addresses, phone numbers, and titles of any and all individuals within your agency who have information, authority, and/or jurisdiction under 8 U.S.C. § 1481(a)(6).

    Pursuant to the FOIA and PA, I agree to pay any reasonable costs associated with this information request.  Please advise me if the costs will exceed the amount of $25.00.  I also hereby request that your agency expedite this request, as I need this information for further proceedings in the United States District Courts.

    Thank you for your time and assistance in this matter.  I look forward to your response within the next 20 business days, as the statute(s) require.


                        Sincerely,

                        James J. Kaufman

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233



October 25, 2005

FOIA / PA Officer
U.S. Department of Defense
1155 Defense Pentagon
Washington, DC 20301

RE:    FOIA/PA Request

Dear FOIA / PA Officer:

On July 20, 2005, I mailed to you a request under the Freedom of
Information Act and the Privacy Act.

As of this date, I have not received any response or acknowledgment
from your agency that you received my request.  I have also not received the
information and/or documents requested.

Under the law, you are required to acknowledge my request for documents
and information, and to provide the requested documents and/or information in
a timely manner.  Please respond as soon as possible, or I will seek the
information and/or documents requested via a mandamus action with the United
States District Court for the District of Columbia.

Thank you for your time and prompt attention to this correspondence.

Sincerely,

James J. Kaufman

#30

LFPM 351060

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233



October 25, 2005

FOIA / PA Officer
U.S. Department of Homeland Security
111 Massachusetts Avenue, NW
Washington, DC 20548

RE:   FOIA/PA Request

Dear FOIA / PA Officer:

On July 20, 2005, I mailed to you a request under the Freedom of
Information Act and the Privacy Act.

As of this date, I have not received any response or acknowledgment
from your agency that you received my request.  I have also not received the
information and/or documents requested.

Under the law, you are required to acknowledge my request for documents
and information, and to provide the requested documents and/or information in
a timely manner.  Please respond as soon as possible, or I will seek the
information and/or documents requested via a mandamus action with the United
States District Court for the District of Columbia.

Thank you for your time and prompt attention to this correspondence.

Sincerely,

James J. Kaufman

#31

LEG: 351960

HERB KOHL
WISCONSIN

WASHINGTON OFFICE:
330 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-5653
T.T.Y. (202) 224-4464
http://kohl.senate.gov/
senator..kohl@kohl.senate.gov

COMMITTEES:

APPROPRIATIONS

JUDICIARY

SPECIAL COMMITTEE
ON AGING

# United States Senate

WASHINGTON, DC 20510–4903

November 2, 2004

Mr. James Kaufman
Jackson Correctional Institution
PO Box 233
Black River Falls, Wisconsin  54615

Dear Mr. Kaufman:

I am in receipt of your letter regarding your desire to renounce your United States citizenship.  I am sorry to learn of the difficulties you have experienced.

Unfortunately, this is a matter of litigation not legislation, and as such must be handled by the appropriate judicial authorities.  As a United States Senator, I do not have jurisdiction in legal matters.  For this reason it would be inappropriate for me to become involved.  In regard to changing state law, you may want to contact your State Senator and Representative.  I have provided the necessary contact information:

The Honorable Ron Brown
    State Senator
    Room 104 South
    State Capitol
    P.O. Box 7882
    Madison, WI 53707
    (608) 266-8546

The Honorable Terry Musser
    State Senator
    Room 11 West
    State Capitol
    P.O. Box 8953
    Madison, WI 53708
    (608) 266-7461

I am sorry that I cannot be of more assistance to you.  I hope you are able to resolve this matter to your satisfaction.

Sincerely,

Herb Kohl
U.S. Senator

HK:in

#32

MILWAUKEE OFFICE:
310 WEST WISCONSIN AVENUE
SUITE 950
MILWAUKEE, WI 53203
(414) 297-4451
T.T.Y. (414) 297-4485

MADISON OFFICE:
14 WEST MIFFLIN STREET
SUITE 207
MADISON, WI 53703
(608) 264-5338

EAU CLAIRE OFFICE:
402 GRAHAM AVENUE
SUITE 206
EAU CLAIRE, WI 54701
(715) 832-8424

APPLETON OFFICE:
4321 WEST COLLEGE AVENUE
SUITE 235
APPLETON, WI 54914
(920) 738-1640

LACROSSE OFFICE:
425 STATE STREET
SUITE 202
LACROSSE, WI 54601
(608) 796-0045

PRINTED ON RECYCLED PAPER

# Universal Declaration of Human Rights

*Whereas* recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

*Whereas* disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

*Whereas* it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

*Whereas* it is essential to promote the development of friendly relations between nations,

*Whereas* the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

*Whereas* Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

*Whereas* a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, therefore, the General Assembly *proclaims* this Universal Declaration of Human Rights as a common standard of achievement for all peoples and all nations, to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

**Article 1.** All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

**Article 2.** Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.

**Article 3.** Everyone has the right to life, liberty and security of person.

**Article 4.** No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

**Article 5.** No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

**Article 6.** Everyone has the right to recognition everywhere as a person before the law.

**Article 7.** All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

**Article 8.** Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

**Article 9.** No one shall be subjected to arbitrary arrest, detention or exile.

**Article 10.** Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

**Article 11.** (1) Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence.

(2) No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed.

**Article 12.** No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

**Article 13.** (1) Everyone has the right to freedom of movement and residence within the borders of each State.

(2) Everyone has the right to leave any country, including his own, and to return to his country.

**Article 14.** (1) Everyone has the right to seek and to enjoy in other countries asylum from persecution.

(2) This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

**Article 15.** (1) Everyone has the right to a nationality.

(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

**Article 16.** (1) Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

(2) Marriage shall be entered into only with the free and full consent of the intending spouses.

(3) The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

**Article 17.** (1) Everyone has the right to own property alone as well as in association with others.

(2) No one shall be arbitrarily deprived of his property.

**Article 18.** Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

**Article 19.** Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

**Article 20.** (1) Everyone has the right to freedom of peaceful assembly and association.

(2) No one may be compelled to belong to an association.

**Article 21.** (1). Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.

(2) Everyone has the right of equal access to public service in his country.

(3) The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.

**Article 22.** Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

**Article 23.** (1) Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment.

(2) Everyone, without any distinction, has the right to equal pay for equal work.

(3) Everyone has the right to just and favourable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.

(4) Everyone has the right to form and to join trade unions for the protection of his interests.

**Article 24.** Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

**Article 25.** (1) Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.

(2) Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

**Article 26.** (1) Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.

(2) Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.

(3) Parents have a prior right to choose the kind of education that shall be given to their children.

**Article 27.** (1) Everyone has the right to freely participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.

(2) Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

**Article 28.** Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

**Article 29.** (1) Everyone has duties to the community in which alone the free and full development of his personality is possible.

(2) In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.

(3) These rights and freedoms may in no case be exercised contrary to the purposes and principles of the United Nations.

**Article 30.** Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

*Adopted by the United Nations General Assembly, December 10, 1948.*

# The Universal Declaration of Human Rights

The Universal Declaration of Human Rights is the most commonly accepted statement of "human rights". It was adopted by the United Nations General Assembly on 10 December 1948. The date is commemorated every year by the worldwide observance of Human Rights Day.

The 30 articles of the declaration establish the civil and political, economic, social and cultural rights of all people. The declaration proclaims the right to life, liberty and security of person, to equality before the law without discrimination, to a fair and public trial, to be presumed innocent before proved guilty, to freedom of movement, to freedom of thought, conscience and religion, to freedom of opinion and expression and to freedom of association.

It declares that no one shall be held in slavery, no one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment and that no one shall be arbitrarily arrested, detained or exiled.

The declaration also establishes that everyone has the right to a nationality, to marry, to own property, to take part in the government of his or her country, to work, to receive equal pay for equal work, to receive just and favourable remuneration, to enjoy rest and leisure and to have an adequate standard of living and education. The declaration further stipulates that everyone has the right to form and join trade unions and the right to seek asylum from persecution.

Many nations have incorporated the provisions of the declaration into their constitutions. It is a statement of principles with an appeal to "every individual and every social organization" to promote and guarantee respect for the freedoms

> *Recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world.*
>
> —*the Universal Declaration of Human Rights*

and rights it defines. United Nations member states were not required to ratify the Universal Declaration of Human Rights (the declaration is not of itself legally binding), although membership in the United Nations is normally considered to be an implicit acceptance of the principles of the declaration. It should be noted that under the Charter of the United Nations, member states are pledged to take joint and separate action to promote universal respect for, and observance of, human rights and fundamental freedoms. This is a legal obligation. The declaration is an authoritative statement of what those human rights and fundamental freedoms are.

(The full text of the Universal Declaration of Human Rights is printed on the other side of this sheet.)

#34

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


July 20, 2005


FOIA / PA Officer
U.S. Department of State
2201 C Street, NW
Washington, DC 20520


RE:      Freedom of Information Act / Privacy Act Request


Dear FOIA / PA Officer:

        Pursuant to the Freedom of Information Act, and the Privacy Act, 5 USC §§ 552 et seq., I
am hereby requesting access to and copies of the following documents and information:


        1.      Any and all correspondence, letters, etc., sent by me to your agency regarding
                renunciation of U.S. citizenship and/or expatriation, between January 1999 and
                July 2005;

        2.      Any and all correspondence, letters, etc., sent by your agency to me regarding
                renunciation of U.S. citizenship and/or expatriation, between January 1999 and
                July 2005;

        3.      The full names, addresses, phone numbers, and titles of any and all individuals
                within your agency who have information, authority, and/or jurisdiction under 8
                U.S.C. § 1481(a)(6).


        Pursuant to the FOIA and PA, I agree to pay any reasonable costs associated with this
information request.  Please advise me if the costs will exceed the amount of $25.00.  I also
hereby request that your agency expedite this request, as I need this information for further
proceedings in the United States District Courts.

        Thank you for your time and assistance in this matter.  I look forward to your response
within the next 20 business days, as the statute(s) require.


                                    Sincerely,

                                    file copy

                                    James J. Kaufman


#35



**United States Department of State**

*Washington, D.C. 20520*

Case Number: 200503280

SEP 16 2005

Mr. James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233

Dear Mr. Kaufman:

This is in response to your Privacy Act (PA) request, dated July 20, 2005, for copies of documents concerning yourself, specifically pertaining to the renunciation of U.S. citizenship and/or expatriation, between January 1999 and July 2005, and the full names, addresses, phone numbers of all individuals within the State Department who have information, authority, and/or jurisdiction under 8 U.S.C. § 1481(a)(6), as described in your letter.

Before we can proceed with the processing of your request, we need additional information described below, in a request from you bearing an original signature (faxed photocopies cannot be accepted). Your signature must be notarized, or, if a notary is not available, you must provide the following statement: "I declare, certify, verify or state under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct," and additional information and clarification, as described below.

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*



-2-

Please be advised that we are processing your request for copies of documents containing the full names, addresses, phone numbers of all individuals within the State Department who have information authority, and/or jurisdiction under 8 U.S.C. § 1481(a)(6) under Freedom of Information Act (FOIA) case no. 200503986.

**Information to Identify Records:** The Department of State is responsible for formulating and executing U.S. foreign policy and primarily maintains records dealing with U.S. foreign relations. The Department also maintains records of applications from U.S. citizens for U.S. passports and visa requests from non-citizens to enter the U.S., records on consular assistance given to U.S. citizens abroad, and records of its own employees. The Department of State is comprised of hundreds of offices and overseas posts, so requesters should be specific about the records they seek.

In order to comply with your request, the information described below is needed regarding yourself:

   --Date and place of birth (include city and state);

   --Complete spelling of your name, and any other names or aliases by which you have been known;

   --If known, the date, subject and type of records you seek; country or countries concerned; overseas Foreign Service offices or consulates originating or receiving the records; offices in the State Department which might have records; and whether you are or have been an employee of the State Department (with positions and time periods cited);

---

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
        *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*

-3-

--Citizenship status (U.S. citizen, permanent resident alien of the U.S., or other.)

--(For visa records) provide location of the U.S. Foreign Service post abroad where application was made; type (immigration or non-immigrant); whether granted or denied; date of issuance or denial;

--(For "security or clearance records") dates and types of any security clearances; details concerning any investigations; whether the security matters relate to your being a Department employee or contracted employee; and any other details;

--Any other information which you believe might be helpful in our search for documents.

Please respond within 45 days from the date of this letter.

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

Intisar R. Na'im
Requester Communications Branch

---

*Office of Information Programs and Services*
*U.S. Department of State  SA- 2*
*Washington, DC 20522-8100*
        *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1- 202- 261- 8314*
*FAX: 1- 202- 261- 8579*
*email: FOIAStatus@state.gov*



James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


September 28, 2005


Intisar R. Na'im
Office of Information Programs & Services
U.S. Department of State SA-2
Washington, DC 20522-8100


RE:    Case Number 200503986


Dear Intisar R. Na'im:


        I am in receipt of your letter, dated September 16, 2005, regarding my Freedom of
Information Act request for information on individuals within the Department of State who have
information, authority, and/or jurisdiction under 8 U.S.C. § 1481(a)(6).

        In your letter, you state that in order to process my request, you need a time frame of
documents to narrow the scope of the request; the type of record, subject matter involved; and
additional information.

        I have no way of knowing what type of documents this information would be contained in.
In fact, I don't believe I need copies of any actual documents at all.

        What I really need is simply the name of the person within the State Department I need
to write to, in order to get more information about expatriation and renunciation of citizenship
under 8 U.S.C. § 1481(a)(6). [This is the statute that allows for renunciation of citizenship
while in the United States, during a time of war.]

        I have sent several letters to the State Department over the past three years,
requesting this information, but have never received any responses to my inquiries. Could you
please help me to locate this information?

        Thank you for your time and assistance.


                                        Sincerely,

                                        James J. Kaufman


#37



**United States Department of State**

*Washington, D.C. 20520*

Case Number: 200503986

SEP 16 2005

Mr. James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233

Dear Mr. Kaufman:

This is in response to your Freedom of Information Act (FOIA) request, dated
July 20, 2005, for copies of documents containing the full names, addresses,
phone numbers of all individuals within the State Department who have
information, authority, and/or jurisdiction under 8 U.S.C. § 1481(a)(6), as
described in your letter.

Before we can proceed with the processing of your request, we need additional
information and clarification, as described below.

**Fees:** The FOIA requires agencies to assess fees to recover the direct costs of
processing requests, unless a fee waiver has been granted.

Based upon the information that you have provided, we have placed you in the
all other requester category. This category requires us to assess search time
after 2 hours/duplication costs after the first 100 pages (see 22 CFR 171,
enclosed).

---

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
    *Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*



#38

-2-

You have stated your willingness to pay the fees incurred in the processing of this request up to $25.00.

**Information to Identify Records:** The Department of State is responsible for formulating and executing U.S. foreign policy and primarily maintains records dealing with U.S. foreign relations. The Department also maintains records of applications from U.S. citizens for U.S. passports and visa requests from non-citizens to enter the U.S., records on consular assistance provided to U.S. citizens abroad, and records of Department employees.

As the Department of State consists of hundreds of offices and overseas posts, with many different filing systems, your request should be specific, detailed, and include as much of the following as might be relevant:

> --Time frame of documents; narrow the scope of the request;
>
> --Type of record, subject matter, countries and/or organizations involved;
>
> --Full description of incidents, meetings, events, persons involved, etc., pertaining to the documents requested;
>
> --If persons involved are public figures or deceased individuals;
>
> --Any information on specific filing systems.

Your request has been closed in our system. If, after noting the information cited above, you wish to pursue this request, please send to us a new FOIA request, which would include additional information needed, as described above.

*Office of Information Programs and Services*
*U.S. Department of State SA-2*
*Washington, DC 20522-8100*
*Web site: foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8314*
*FAX: 1-202-261-8579*
*email: FOIAStatus@state.gov*

−3−

For further communications, please note our contact information at the bottom of this page. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

Intisar R. Na'im
Requester Communications Branch

Enclosures:
As stated.

Office of Information Programs and Services
U.S. Department of State  SA-2
Washington, DC 20522-8100
     Web site: foia.state.gov

Inquiries:
Phone: 1-202-261-8314
FAX: 1-202-261-8579
email: FOIAStatus@state.gov



**United States Department of State**

*Washington, D.C. 20520*
*www.state.gov*

November 1, 2005
Case Number: 200503986

Mr. James J. Kaufman  #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI  54615-0233

Dear Mr. Kaufman:

This refers to your request number 200503986 under the Freedom of
Information Act (FOIA), follow up letter dated September 28, 2005 for
copies of documents containing the full names, addresses, phone numbers of
all individuals within the State Department who have information, authority,
and/or jurisdiction under 8 U.S.C. § 1481(a)(6), pertaining to the
renunciation and expatriation of U.S. Citizenship, etc., as described in your
letter.

Thank you for providing the additional information as requested in our
communication dated September 16, 2005.

We regret that we cannot comply with your request for the following
reason:

The Freedom of Information Act does not require agencies to provide
information that is available in the public domain. For your reference, the
material you are seeking is available on the Department's website at
http://travel.state.gov/law/citizenship.

As a courtesy to you, we enclosed a fact sheet from our website entitled
"Renunciation of U.S. Citizenship" to assist you in your research.



2

If you have any questions, please do not hesitate to contact us. We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to have been of service to you. Accordingly, the processing of your request has been completed, and your case is closed in our system.

Sincerely,

Intisar R. Na'im
Requester Communications Branch

Enclosure:
As stated.

Thursday October 27, 2005

COPY FOR YOUR
INFORMATION

*200503986*

**Renunciation of U.S. Citizenship**

# Renunciation of U.S. Citizenship

## A. THE IMMIGRATION & NATIONALITY ACT

Section 349(a)(5) of the Immigration and Nationality Act (INA) is the section of law that governs the ability of a United States citizen to renounce his or her U.S. citizenship. That section of law provides for the loss of nationality by voluntarily performing the following act with the intent to relinquish his or her U.S. nationality:

"(5) making a formal renunciation of nationality before a diplomatic or consular officer of the United States *in a foreign state* , in such form as may be prescribed by the Secretary of State" (emphasis added).

## B. ELEMENTS OF RENUNCIATION

A person wishing to renounce his or her U.S. citizenship must voluntarily and with intent to relinquish U.S. citizenship:

1.        appear in person before a U.S. consular or diplomatic officer,
2.        in a foreign country (normally at a U.S. Embassy or Consulate); and
3.        sign an oath of renunciation

Renunciations that do not meet the conditions described above have no legal effect. Because of the provisions of section 349(a)(5), Americans cannot effectively renounce their citizenship by mail, through an agent, or while in the United States. In fact, U.S. courts have held certain attempts to renounce U.S. citizenship to be ineffective on a variety of grounds, as discussed below.

## C. REQUIREMENT - RENOUNCE ALL RIGHTS AND PRIVILEGES

In the recent case of <u>Colon v. U.S. Department of State</u> , 2 F.Supp.2d 43 (1998), plaintiff was a United States citizen and resident of Puerto Rico, who executed an oath of renunciation before a consular officer at the U.S. Embassy in Santo Domingo. The U.S. District Court for the District of Columbia rejected Colon's petition for a writ of mandamus directing the Secretary of State to approve a Certificate of Loss of Nationality in the case because the plaintiff wanted to retain one of the primary benefits of U.S. citizenship while claiming he was not a U.S. citizen. The Court described the plaintiff as a person, "claiming to renounce all rights and privileges of United States citizenship, [while] Plaintiff wants to continue to exercise one of the fundamental rights of citizenship, namely to travel freely throughout the world and when he wants to, return and reside in the United States." See also <u>Jose Fufi Santori v. United States of America</u> , 1994 U.S. App. LEXIS 16299 (1994) for a similar case.

A person who wants to renounce U.S. citizenship cannot decide to retain some of the privileges of citizenship, as this would be logically inconsistent with the concept of citizenship. Thus, such a person can be said to lack a full understanding of renouncing citizenship and/or lack the necessary intent to renounce citizenship, and the Department of State will not approve a loss of citizenship in such instances.

## D. DUAL NATIONALITY / STATELESSNESS

Persons intending to renounce U.S. citizenship should be aware that, unless they already possess a foreign nationality, they may be rendered stateless and, thus, lack the protection of any government. They may also have difficulty traveling as they may not be entitled to a passport from any country. Even if they were not stateless, they would still be required to obtain a visa to travel to the United States, or show that they are eligible for admission pursuant to the terms of the Visa Waiver Pilot Program (VWPP). If found ineligible for a visa or the VWPP to come to the U.S., a renunciant, under certain circumstances, could be permanently barred from entering the United States. Nonetheless, renunciation of U.S. citizenship may not prevent a foreign country from deporting that individual back to the United States in some non-citizen status.

## E. TAX & MILITARY OBLIGATIONS /NO ESCAPE FROM PROSECUTION

Also, persons who wish to renounce U.S. citizenship should also be aware that the fact that a person has renounced U.S. citizenship may have no effect whatsoever on his or her U.S. tax or military service obligations (contact the Internal Revenue Service or U.S. Selective Service for more information). In addition, the act of renouncing U.S. citizenship will not allow persons to avoid possible prosecution for crimes which they may have committed in the United States, or escape the repayment of financial obligations previously incurred in the United States.

## F. RENUNCIATION FOR MINOR CHILDREN

Parents cannot renounce U.S. citizenship on behalf of their minor children. Before an oath of renunciation will be administered under Section 349(a)(5) of the INA, a person under the age of eighteen must convince a U.S. diplomatic or consular officer that he/she fully understands the nature and consequences of the oath of renunciation and is voluntarily seeking to renounce his/her U.S. citizenship. United States common law establishes an arbitrary limit of age fourteen under which a child's understanding must be established by substantial evidence.

## G. IRREVOCABILITY OF RENUNCIATION

Finally, those contemplating a renunciation of U.S. citizenship should understand that the act is irrevocable, except as provided in section 351 of the INA, and cannot be cancelled or set aside absent successful administrative or judicial appeal. (Section 351(b) of the INA provides that an applicant who renounced his or her U.S. citizenship before the age of eighteen can have that citizenship reinstated if he or she makes that desire known to the Department of State within six months after attaining the age of eighteen. See also Title 22, Code of Federal Regulations, section 50.20).

Renunciation is the most unequivocal way in which a person can manifest an intention to relinquish U.S. citizenship. Please consider the effects of renouncing U.S. citizenship, described above, before taking this serious and irrevocable action. If you have any further questions regarding this matter, please contact the Director, Office of Policy Review & Interagency Liaison, Bureau of Consular Affairs, U.S. Department of State, Washington, DC 20520.

Return to Citizenship and Nationality

 This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein. Copyright Information  Disclaimers



**United States Department of State**

*Washington, D.C. 20520*
*www.state.gov*

November 1, 2005
Case Number: 200503280

Mr. James J. Kaufman  #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI  54615-0233

Dear Mr. Kaufman:

This refers to your request number 200503280 under the Privacy Act (PA) for copies of documents concerning yourself, specifically pertaining to the renunciation of U.S. citizenship and/or expatriation, between January 1999 and July 2005, and the full names, addresses, phone numbers of all individuals within the State Department who have information, authority, and/or jurisdiction under 8 U.S.C. § 1481(a)(6), as described in your letter.

Thank you for providing the additional information as requested in our communication dated September 16, 2005.

We will begin the processing of your request based upon the information provided in your communications.  As soon as responsive material has been retrieved and reviewed, we will notify you.

If you have any questions, please do not hesitate to contact us.  We can provide faster service if you include the case number of your request in your communications with us.

We are pleased to be of service to you.

Sincerely,

*Intisar R. Na'im*

Intisar R. Na'im
Requester Communications Branch



James Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


October 4, 2005


Intisar R. Na'im
Office of Information Programs & Services
U.S. Department of State SA-2
Washington, DC 20522-8100

RE:     Case Number 200503280

Dear Intisar R. Na'im:

I am in receipt of your letter, dated September 16, 2005, regarding my Freedom of Information Act / Privacy Act request for copies of all correspondence between myself and the State Department concerning renunciation of United States citizenship and/or expatriation, between January 1999 and July 2005.

In your letter, you state that in order to process my request, you need additional information, as well as my notarized (or verified) signature.

The information you requested is as follows:

A)      My date of birth is December 13, 1973.  My place of birth is Black River Falls, County of Jackson, State of Wisconsin.

B)      My full legal name is James Jonathan Kaufman.

C)      The date of the records I seek is from January 1999 through July 2005.  The subject of the records that I seek is renunciation of citizenship and/or expatriation, under 8 U.S.C. § 1481(a).  The type of records that I seek are correspondence (letters) sent by me to the Consular division of the State Department, as well as the responses drafted and sent by that office to me.  The offices in the State Department which might have the records is the Consular Affairs Bureau.  My original contact for such information was Mr. Edward Betancourt, but over the past few years, I have received correspondence from other individuals as well.

D)      I have never been an employee of the State Department, and I am at this time (though hopefully not for much longer) a United States citizen by virtue of birth in the United States.


( 1 )

E)    Other information which may be of use to you is the following:

I had received correspondence from the following State Department employees:

1.    Fairy D. White  (US CIS)

2.    Phyllis V. Bell  (USCIS)

3.    Janice M. Jackson  (USCIS)

        I trust that the information I have provided is sufficient for you to fill my request.  I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                    Sincerely,



                                    James J. Kaufman




Subscribed and sworn to before me

this _____ day of October, 2005.

_____

Notary Public, State of Wisconsin

My commission expires: _____


                                    ( 2 )

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233


October 25, 2005


FOIA / PA Officer
U.S. Department of Homeland Security
111 Massachusetts Avenue, NW
Washington, DC 20548


RE:    FOIA/PA Request

Dear FOIA / PA Officer:

        On July 20, 2005, I mailed to you a request under the Freedom of
Information Act and the Privacy Act.

        As of this date, I have not received any response or acknowledgment
from your agency that you received my request. I have also not received the
information and/or documents requested.

        Under the law, you are required to acknowledge my request for documents
and information, and to provide the requested documents and/or information in
a timely manner. Please respond as soon as possible, or I will seek the
information and/or documents requested via a mandamus action with the United
States District Court for the District of Columbia.

        Thank you for your time and prompt attention to this correspondence.


                                    Sincerely,

                                    James J. Kaufman


LEGAL 351960

Sent to U.S. Dept. of Homeland Security
111 Massachusetts Ave, NW
Washington, DC 20548

and was "refused"



LE__ 351960



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

DEC 1 3 2005

Ref:   05-CORR-023

Mr. James J. Kaufman
#351960
Wisconsin Correctional Facility
P. O. Box 233
Black River Falls, WI  54615-0233

Dear Mr. Kaufman:

This is in response to your letter dated October 25, 2005. We received your letter on November 18, 2005.

We are unable to determine that this office ever received your letter dated July 20, 2005. As a result, if you wish to resubmit your request, it will be processed promptly as soon as it is received.

Sincerely,

*Will Kammer*

Will Kammer
Chief

## PROOF OF SERVICE

Plaintiff, James J. Kaufman, hereby states that on the 8th day of December, 2005, copies of the following document(s):

    1.    Initial Disclosure

were placed into First-Class mailing envelope(s), postage-paid (as shown on the attached Wisconsin Dept. of Corrections "Disbursement Request" form(s), and mailed to the following offices and/or individuals:

    1.    Heather Graham-Oliver, Asst. U.S. Attorney, U.S. Dept. of Justice

                     James J. Kaufman

LEG^: 351060