UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES J. KAUFMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1631 (RWR) |
| | ) |
| ALBERTO R. GONZALEZ, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

NOTICE OF FILING

Defendants hereby give notice of the filing of the following exhibits to Defendant's Motion For Summary Judgement:

Exhibit A – Certificate of Service for Alberto Gonzalez, U.S. Attorney General;
Exhibit B – Certificate of Service for Condoleeza Rice, Secretary of State; and
Exhibit C - Certificate of Service for Michael Chertoff, Secretary for Homeland Security

Respectfully submitted

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
555 4th St., N.W.
Washington, DC 20530
202/515-1334

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Filing has been served by U.S. mail, postage prepaid, this 2nd day of February 2006, on:

James J. Kaufman #351960
N6500 Haipek Road
P.O. Box 233
Black River Falls, WI 54615-0233

_____
HEATHER D. GRAHAM-OLIVER