UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES J. KAUFMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 05-1631 (RWR) |
| | ) |
| ALBERTO R. GONZALEZ, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY TO THE PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Defendants, Attorney General Alberto Gonzales, Department of Justice(DOJ), Secretary Michael Chertoff, Department of Homeland Security (DHS) and Secretary Condoleezza Rice, Department of State(State), by and through their attorney, respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time, until March 30, 2006, within which to reply to the plaintiff's opposition and supplemental opposition to their Motion to Dismiss.[1] The reply is currently due on March 10, 2006. The Plaintiff filed this action pro se and is currently incarcerated at Jackson Correctional Institution in Black River Falls, Wisconsin. Granting this motion will not require the rescheduling of any other due dates in this action because no scheduling order has been entered. Because plaintiff is presently incarcerated and is proceeding pro se, LCvR 7.1(m) does not apply to this motion, and defendant therefore has not obtained his position as to the relief requested.[2]

---

[1] The Supplemental opposition was filed by the Clerk's Office on February 24, 2006. Counsel did not receive a paper copy until March 3, 2006.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties.

The Attorney General's Office has informed undersigned counsel that further time is needed in order to formulate a complete reply and to obtain supplemental information if necessary. Moreover, due to counsel's current litigation schedule, the additional time is necessary. Undersigned counsel has been engaged in a number of tasks including trial in <u>George v. EPA,</u> Civ. Act. No. 01-0654 (JR) during the week of February 27, 2006; and thereafter the preparation of discovery items in <u>Simmons v. Cox</u>, Civ Act No. 05-1828 (RCL); and <u>Kalil v. USDA</u>, Civ. Act. No. 01-2194 (RJL). This motion is not for purposes of delay but for good cause shown.

> Respectfully submitted,
>
> /s/
> _____
> KENNETH L. WAINSTEIN, D.C. BAR # 451058
> United States Attorney
>
> /s/
> _____
> R. CRAIG LAWRENCE, D.C. BAR # 171538
> Assistant United States Attorney
>
> /s/
> _____
> HEATHER D. GRAHAM-OLIVER
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th St., N.W.
> Washington, D.C. 20530
> (202) 305-1334

---

Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner <u>pro</u> <u>se</u> parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner <u>pro</u> <u>se</u> parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* <u>pro</u> <u>se</u> party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2006, I caused the foregoing Motion for Enlargement of Time to be served on Pro Se Plaintiff by mail, postage prepaid, addressed as follows:

**James J. Kaufman #351960**
**N6500 Haipek Road**
**P.O. Box 233**
**Black River Falls, WI 54615-0233**

                                                HEATHER GRAHAM-OLIVER
                                                Assistant United States Attorney
                                                Civil Division
                                                555 Fourth Street, N.W.
                                                Washington, D.C.  20530
                                                (202) 305-1334