UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES J. KAUFMAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1631 (RWR) |
| | ) |
| ALBERTO R. GONZALEZ, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR LEAVE TO FILE REPLY

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendants, Attorney General Alberto Gonzales, Department of Justice (DOJ), Secretary Michael Chertoff, Department of Homeland Security (DHS) and Secretary Condoleezza Rice, Department of State (State), by and through undersigned counsel, move this Court for leave to file a reply. Because Plaintiff is incarcerated, and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and counsel for Defendants have not obtained his position as to the relief requested.

Defendants respectfully submit that there is good cause to grant this request. On March 9, 2006, defendants requested an extension until March 30, 2006 to reply to the Plaintiff's Opposition. Due to an administrative error, the notation indicating the next due date in the case-tracking system utilized by counsel and her paralegal was inadvertently omitted. Undersigned counsel was on vacation the week of March 20-24, 2006 and thereafter on sick leave March 29-30, 2006. Upon review of the Court's PACER computerized docketing system for this case, counsel first learned of the error.

Plaintiff seeks a declaratory judgment to order the Attorney General to permit Plaintiff to

renounce his citizenship under the Immigration and Nationality Act, 8 U.S.C. § 1481(a)(6). Defendants have moved for dismissal under Fed. R. Civ. P.12(b)(1), lack of subject matter jurisdiction, and 12(b)(6), failure to state a claim. Because Defendants have already filed their Motion To Dismiss, the failure to timely file a reply to Plaintiff's Opposition will not prejudice the Plaintiff or delay the resolution of this case.

Accordingly, Defendants submit that the failure to timely file a reply to Plaintiff's Opposition was due to excusable neglect. Defendants request permission to file the attached reply, in the aforementioned matter, as of today's date.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

RUDOLPH CONTRERAS BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.,
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Leave and Defendants' Reply was served upon counsel for plaintiff via U.S. Mail, first class, postage prepaid, addressed to:

**James J. Kaufman #351960**
**N6500 Haipek Road**
**P.O. Box 233**
**Black River Falls, WI 54615-0233**

on this 10th day of April, 2006.

_____
HEATHER D. GRAHAM-OLIVER
Assistant U. S. Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C.  20530
(202) 305-1334