UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES J. KAUFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALEZ, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1631 (RWR) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [13] is GRANTED.

This case is DISMISSED.

                                                                                                                              /s/_____
                                                RICHARD W. ROBERTS
                                                United States District Judge

DATE: 6/16/06