RECEIVED
JUL 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court

For the District of Columbia

James Kaufman,

    Plaintiff,

-vs-

Alberto R. Gonzalez, et al.,

    Defendants.

Case No. 05-CV-1631-RWR

## Statement on Transcript

There were no hearings or conferences held in this action. No transcripts are available, and none will be ordered.

Dated this 17th day of July, 2006.

*James Kaufman*