# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

U.S. COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
SEP 2 5 2006
RECEIVED

James J. Kaufman

USCA No. 06-5259

v.

Alberto Gonzalez, et al.

USDC No. 05-CV-1631-RWR

**ORIGINAL**

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, James J. Kaufman, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

① The defendants were not entitled to sovereign immunity because Kaufman's claims for declaratory and injunctive relief were brought pursuant to 28 USC § 1331 and § 1343, and Congress has specifically waived sovereign immunity for non-monetary claims pursuant to Federal question statute, 5 USC § 702 (See Record, 16 pp 3-4). The waiver is *not* dependant upon application of standards of the APA.

(continued...)

Signature: James J. Kaufman
Name of *Pro Se* Litigant (PRINT): James J. Kaufman #351960
Address: WSPF, PO Box 9900, Boscobel WI 53805

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

<u>Issues on appeal, continued...</u>

② The defendants actions in this were not "discretionary", wherein the court held that the defendants had complete discretion as to whether or not to grant or deny the request. The issue never even reached that stage, because the defendants instead alleged that they need not even acknowledge, let alone <u>consider</u>, the request. The statute clearly implies that the Attorney General must make <u>a</u> decision one way or the other, and may not simply ignore the request. Regardless, this issue <u>only</u> applies to the requested mandamus relief, and does not apply to Kaufman's other requested relief and claims (ie, violation of constitutional and international rights).

③ Kaufman never relied on the APA, and never claimed that the APA granted jurisdiction. The only time the APA came into play is it's waiver of sovereign immunity, which also applies to the claims brought under 28 USC § 1331 and § 1343.

④ Kaufman presented valid constitutional claims, and jurisdiction was properly granted under 28 USC §§ 1331 and 1343; immunity was waived under 5 USC § 702.

<u>Affidavit - #9</u> -

My income will have major changes in the next 12 months. On June 13, 2007, I will be released from prison, to begin a consecutive probation term. At that time, I will be able to secure full-time employment. Also at that time, my expenses each month will include: rent, utilities, food, clothing, laundry, transportation, supervision fees, restitution payments, and college student loan payments.

This will not affect this action, as this litigation does not involve prison rules or conditions. (It is <u>not</u> a prisoner civil rights action, nor is it an action under 42 USC § 1983. The civil docket heading is incorrect.)

LEC 351960

# Affidavit Accompanying Motion for Leave
# to Proceed on Appeal in Forma Pauperis

## United States Court of Appeals for the
## District of Columbia Circuit

James J. Kaufman

Case No. 06-5259

v.

Alberto Gonzalez, et al.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** James J Kaf—

**Date:** 09/21/2006

**My issues on appeal are:**

① Sovereign immunity for claims for declaratory or injunctive relief, brought under 28 USC § 1331 and § 1343, has been waived by Congress pursuant to 5 USC § 702

② Defendants actions were not "discretionary," wherein statute does not permit defendants to simply ignore the requests. Regardless, this only applies to mandamus relief, not to declaratory and injunctive relief for claims of constitutional and international law violations

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ -0- | $ -0- | $ -0- |
| Self-employment | $ -0- | $ -0- | $ -0- | $ -0- |
| Income from real property (such as rental income) | $ -0- | $ -0- | $ -0- | $ -0- |
| Interest and dividends | $ -0- | $ -0- | $ -0- | $ -0- |
| Gifts | $ | $ -0- | $ -0- | $ -0- |
| Alimony | $ -0- | $ -0- | $ -0- | $ -0- |
| Child support | $ -0- | $ -0- | $ -0- | $ -0- |
| Retirement (such as social security, pensions, annuities, insurance) | $ -0- | $ -0- | $ -0- | $ -0- |
| Disability (such as social security, insurance payments) | $ -0- | $ -0- | $ -0- | $ -0- |
| Unemployment payments | $ -0- | $ -0- | $ -0- | $ -0- |
| Public-assistance (such as welfare) | $ -0- | $ -0- | $ -0- | $ -0- |
| Other (specify): prison pay | $ unknown - see attached Account statement: I was not allowed to view it to get this info. | $ -0- | $ -0- | $ -0- |
| Total monthly income: | $ | $ -0- | $ -0- | $ -0- |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ -0-

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| n/a | | $ | $ |
| S | | $ | $ |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.** (Attached)

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)          Other real estate (Value)      Motor vehicle # 1  n/a  (Value)
n/a                   n/a                            Make & year: S
S                     S                              Model: S
                                                     Registration #.

Motor vehicle #2 ___(Value)    Other Assets (Value)      Other Assets (Value)
Make & year S                   n/a                       n/a
Model S                         S                         S
Registration #:

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | | |
| S | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| n/a | | |
| S | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): | $ 0 | $ 0 |
| Department store (name): | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): Court Fees (100% of income) | $ 8.00 (if prison pay given, $0.00 if not) | $ 0 |
| Total monthly expenses: | $ 8.00 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[X] Yes  [X] No    If yes, describe on an attached sheet.  (Attached)

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No

If yes, how much? $ 0/n/a

If yes, state the attorney's name, address, and telephone number:
n/a

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No

If yes, how much? $ n/a

If yes, state the person's name, address, and telephone number:
n/a

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
For the next 9 months, my total income will be "$0.00," as my new prison has me on a status which does not earn any pay.

13. State the address of your legal residence.
WSPF
PO Box 9900
Boscobel, WI 53805

Your daytime phone number: (___) n/a (prison)
Your age: 32    Your years of schooling: 14
Your social-security number: 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

## Proof of Service

James J. Kaufman, pro se, plaintiff-appellant, hereby states that on the date indicated below, copies of the following documents were sent by First-Class mail to the parties indicated below.

### Documents

1. Motion for Leave to Proceed on appeal IFP (2 pages)
2. Affidavit in Support of Motion (5 pages + trust account)
3. Consent to Collection of Fees (1 page)

### Parties

1. Mark Langer, Clerk
   US Court of Appeals
   333 Constitution Ave, NW
   Washington, DC 20001-2866

2. Nancy Mayer-Whittington, Clerk
   US District Court
   333 Constitution Ave, NW
   Washington, DC 20001-2866

3. R. Craig Lawrence, Asst. U.S. Attorney
   US Attorney's Office, Civil Appellate
   555 4th Street, NW
   Washington, DC 20530-0001

Dated this 20th day of September, 2006.

LF 351960