UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES J. KAUFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1631 (RWR) |
| ) | |
| ALBERTO GONZALEZ, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

MEMORANDUM ORDER

    Plaintiff, proceeding *pro se*, brought this action alleging that the defendants, Alberto R. Gonzalez, Attorney General of the United States, Michael Chertoff, Secretary, Department of Homeland Security, and Condoleezza Rice, the Secretary of State, violated his constitutional and statutory rights by refusing to allow him to renounce his United States citizenship pursuant to 8 U.S.C. § 1481(a)(6). The defendants' motion for dismissal was granted on the grounds that the Attorney General's decision regarding an application to renounce citizenship is a discretionary one, and sovereign immunity precludes plaintiff's claim. He has moved for leave to proceed *in forma pauperis* on his interlocutory appeal. The Court of Appeals for the District of Columbia Circuit remanded the motion for initial consideration by this Court.

    An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(a)(3) "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." Wooten v. District of Columbia Metro. Police Dep't, 129 F.3d 206, 208 (D.C.

Cir. 1997) (internal quotation and citation omitted).  If a proceeding "'has at least *an arguable* basis in law and fact ... it cannot be deemed frivolous....  Dismissal ... under the frivolous standard must therefore be reserved for those cases in which there is indisputably absent any factual and legal basis for the asserted wrong.'"  Sills v. Bureau of Prisons, 761 F.2d 792, 794 (D.C. Cir. 1985) (quoting Brandon v. District of Columbia Bd. of Parole, 734 F.2d 56, 59 (D.C. Cir. 1984), cert. denied, 469 U.S. 1127 (1985)).

    The issue presented by plaintiff is not frivolous and therefore his appeal is not pursued in bad faith.  Accordingly, it is hereby

    ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* on appeal [25] be, and hereby is, GRANTED.

    SIGNED this 6th day of October, 2006.

                                                                    _____/s/_____
                                                                    RICHARD W. ROBERTS
                                                                    United States District Judge