UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES K. KAUFMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, Attorney )<br>General, *et al.*, )<br>)<br>Defendant. )<br> ) | Civil Action No. 05-1631 (RWR) |

## ORDER

This case has been remanded from the Court of Appeals for the District of Columbia to this court for the determination of the following issues:

1. Whether the Attorney General retains his authority under 8 U.S.C. § 1481(a)(6), or whether that duty has been transferred to the Department of Homeland Security, and

2. If the duty to act under 8 U.S.C. § 1481(a)(6) now rests with the United States Citizenship and Immigration Services Bureau rather than the Attorney General, whether the response the Bureau gave to the plaintiff is statutorily permissible.

Accordingly, the parties are hereby

ORDERED to confer and on or before July 23, 2008, file a joint proposed a briefing schedule upon which this case may proceed.

SIGNED this 8th day of July, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge