# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-5259

September Term, 2007

FILED ON: MAY 2, 2008

JAMES J. KAUFMAN

APPELLANT

v.

MICHAEL B. MUKASEY, ATTORNEY GENERAL, ET AL.,
APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    MAY    2 2008

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01631)

Before: RANDOLPH and ROGERS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded, in accordance with the opinion of the court filed herein this date.

### Per Curiam

## MANDATE

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: 6/24/08

BY: _____ Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Date: May 2, 2008

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/

Michael C. McGrail
Deputy Clerk

Opinion for the court filed by Circuit Judge Rogers.
Opinion concurring in part and dissenting in part filed by Circuit Judge Randolph.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk