IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES J. KAUFMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1631 (RWR) |
| | ) |
| **ALBERTO R. GONZALEZ, et al.** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT'S PROPOSED BRIEFING SCHEDULE**[1]

It is hereby Ordered that Defendant shall have until October 28, 2008, to file its Motion for Summary Judgment (Motion). The Plaintiff's opposition and any cross-motion shall be filed no later than December 1, 2008; the Defendant's reply and opposition to any cross motion on January 6, 2009; and if Plaintiff files a cross-motion for summary judgment, any reply to the Defendant's Opposition shall be filed on January 20, 2009.

SO ORDERED.

_____
THE HONORABLE RICHARD W. ROBERTS
United States District Court Judge

---

[1] Defendant has Plaintiff's current contact information, including telephone numbers. Defendant attempted but was unsuccessful in speaking with the Plaintiff about this briefing schedule. Plaintiff is proceeding *pro se.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of July 2008, I caused the foregoing Briefing Schedule to be served on *Pro Se* Plaintiff by mail, postage prepaid, addressed as follows:

**James J. Kaufman**
**1904 Lynn Avenue**
**Altoona, WI 54720**

      /s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334