

**DISTRICT COURT
CT OF COLUMBIA**

Civil Action No. 05-1631 (RWR)

**RDER**

Court of Appeals for the District of Columbia to

ng issues:

retains his authority under 8 U.S.C. § 1481(a)(6),

red to the Department of Homeland Security, and

C. § 1481(a)(6) now rests with the United States

s Bureau rather than the Attorney General, whether

plaintiff is statutorily permissible.

re July 23, 2008, file a joint proposed a briefing

l.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge