IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES J. KAUFMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1631 (RWR) |
| | ) |
| **ALBERTO R. GONZALEZ, et al.** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SERVICE

_____Defendants serve notice that on August 13, 2008, they served their Proposed Scheduling Order on Plaintiff at the following address:

Mr. James Kaufman
Eau County Jail
728 Second Avenue
Eau Claire, WI 54703


Respectfully submitted,


/s/
_____
JEFFREY A. TAYLOR, ESQ.
D.C. Bar # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
 Tel: (202) 305-1334