*Let this be filed*
*RWRoberts, U.S.D.J.*
*8-12-08*

RECEIVED
AUG 19 2008



# GEORGETOWN UNIVERSITY LAW CENTER

**Appellate Litigation Program**

T. Alexander Aleinikoff
*Dean*

Steven H. Goldblatt
*Professor of Law*
*Director*

Cecily E. Baskir
Richard H. Frankel
*Supervising Attorneys*

Daurie J. Simmons
*Office Manager*

August 4, 2008

Nancy Dunn, Esquire
Deputy Special Counsel to the Clerk
United States Court of Appeals for the
   District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**BY FACSIMILE**

Re: <u>Kaufman v. Mukasey</u>, 06-5259 (District Court-1:05-cv-01631-RWR)

Dear Ms. Dunn:

    I was appointed as an amicus curiae in support of Mr. Kaufman when this case was on appeal to the Court of Appeals. The Court remanded the action on May 2, 2008. Today, August 4, 2008, I received a letter dated July 22, 2008 from Kaufman indicating that he is currently in the Eau Claire County Jail, 728 Second Avenue, Eau Claire, WI 54703 and that this is a change of address. He also indicates that he has not received any information from the District Court about the case since the May remand order.

    Although I do not represent Mr. Kaufman, I checked the District Court docket and it indicates that Kaufman is under a rule to show cause, returnable today, to explain why the case should not be dismissed for failure to prosecute. Given the deadline, I am writing to you today to provide his current address and to relay the fact that he is unaware of any orders being entered after the case was remanded in May. I am not counsel in this matter and I would appreciate it if you could notify the appropriate people in the District Court of his current address and that he is unaware of what has transpired since May.

Sincerely,

Steven H. Goldblatt

cc: Heather Graham-Oliver, AUSA (via First-Class mail)
    James Kaufman (via First-Class mail)