In the United States District Court
for the District of Columbia

RECEIVED
AUG 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

James J. Kaufman,
    Plaintiff,

-vs-

Michael Mukasey, et al.,
    Defendant(s)

Case No. 05-cv-1631-RWR

## Motion to Compel An Answer and Motion to Compel Discovery

James J. Kaufman, plaintiff pro se, hereby moves this Court for an order, directing defendants Michael Mukasey, Michael Chertoff, and Condoleezza Rice, to file an Answer to Kaufman's Complaint in this action, and further to respond completely to each request for discovery submitted by Kaufman.

This action was filed in 2005, and each defendant was served with a copy of the Complaint. Once service was completed, and Kaufman was notified as to who would serve as counsel (Heather Graham-Oliver), Kaufman then sent requests for discovery to each defendants. This discovery consisted of interrogatories, admissions, and production of documents.

Instead of filing an Answer, or responding to the discovery requests, the defendants filed a motion to dismiss, and a motion to stay discovery. This Court never issued any decision on the motion to stay discovery. However, the court did rule on the motion to dismiss, in favor of the defendants.

Kaufman then filed an appeal to the United States Court of Appeals, Kaufman v. Mukasey, Appeal No. 06-5259 (F.3d cite unknown). The Court of Appeals reversed the dismissal, and remanded the action back to the district court, with instructions. That remand was dated May 2, 2008.

(1)

Because the decision to dismiss has been reversed, Kaufman is entitled to both an Answer to his Complaint, and to responses on his discovery requests. Under Rule 12(a)(2) an Answer is due from the defendants within 60 days of service of the complaint. While this timetable was obviously placed on hold due to the motion to dismiss, an Answer is now due, because of the reversal and remand. It is now well beyond the 60-day time limit, no matter which date you start from.

Likewise, the time limit for the defendants to respond to discovery has also long expired. Regardless of whether or not their motion to dismiss was successful, counsel should have at least begun gathering the requested information, and this was more than two years ago. Kaufman has sent multiple letters to counsel, requesting that this discovery be provided. To date, Kaufman's only reply from counsel was their motion to dismiss with supporting documents. Counsel has completely ignored all other correspondence.

Thus, Kaufman seeks an order from this court, directing defendants' counsel to file both an Answer, as well as reply to all requested discovery, in a timely manner, no later than 30 days from the date of this motion.

Please also be advised that Kaufman has repeatedly made offers to defendants' counsel, to voluntarily dismiss this action if they would simply approve his loss of citizenship and deport him. Again, these letters have also been ignored.

Dated this 2nd day of August, 2008.

Respectfully submitted,

*James J. Kaufman*

James J. Kaufman, pro se.
728 Second Ave.
Eau Claire, WI 54703-5413

Notice of Change of Address

Please be advised that plaintiff James Kaufman's address has changed as of July 17, 2008. Any correspondence sent to his old address as of that date would <u>not</u> have been received. The new address is -

James Kaufman
728 Second Ave.
Eau Claire, WI 54703-5412

*James J Kaufman* (signature)

## Proof of Service

Plaintiff, James Kaufman, certifies that on the 3rd day of August, 2008, copies of the following -

1) Change of Address
2) Motion to Compel Answer and Motion to Compel Discovery

were mailed by First Class mail to -

1) Heather Graham-Oliver, Counsel, U.S. Dept. of Justice, 555 4th St NW, Washington DC 20001
2) Clerk of Courts, U.S. District Court, 333 Constitution Ave NW, Washington DC 20001

Dated this 3rd day of August, 2008

*James J Kaufman* (signature)