United States District Court
for the District of Columbia

James J. Kaufman,
    Plaintiff,

-vs-

Michael Mukasey, et al,
    Defendants.

Case No. 05-CV-1631-RWR

## Motion to Compel Discovery

James J. Kaufman, plaintiff pro se, moves this court for an Order, directing defendants to respond to the multiple discovery requests submitted by Kaufman in this action, pursuant to FRCP Rule 37.

Kaufman sent multiple requests for production of documents, for admissions, and interrogatories, to defendants Gonzalez (now Mukasey), Chertoff, and Rice, on or around December 2005, and additional requests shortly thereafter. Each of these requests asked for information relevant to the issues in this action, including the issues raised by the Court of Appeals on remand.

A motion to stay discovery was filed by the defendants on January 20, 2006. The PACER docket shows that this Court never issued any decision on

RECEIVED
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

that motion, neither denying nor granting it.

Kaufman has sent multiple letters to defendants' counsel, asking them to respond to those discovery requests, but as of this date, Kaufman has received no reply at all. It appears that defendants' counsel are simply ignoring each of Kaufman's letters, possibly due to Kaufman's pro se status.

This discovery is highly relevant, particularly if there is to be a motion for summary judgment from either side.

Dated this 19th day of August, 2008.

Respectfully submitted,

James J Kaufman

(2)

United States District Court
for the District of Columbia

James J. Kaufman,

    Plaintiff,

-vs-

Michael Mukasey, et al.,

    Defendants.

Case No. 05-cv-1631-RWR

## Motion to Compel Answer

James Kaufman, plaintiff pro se, hereby moves this court for an order directing the defendants to file an Answer in this action.

Kaufman filed this action on August 12, 2005. The Complaint was served on the defendants on November 2, 2005, making their Answer due on January 3, 2006. On December 30, 2005, defendants filed a motion for an extension of time to answer, and then filed a motion to dismiss on January 31, 2006. This court dismissed this action on June 20, 2006. Kaufman then appealed. On May 2, 2008, the Court of Appeals reversed that dismissal and remanded the action for further proceedings in the district court.

Pursuant to the federal civil rules, an Answer is due within 60 days of service of the Complaint if a United States agency or officer is named as

(1)

a defendant. FRCP Rule 12(a)(2). In this action, given the process of the dismissal, appeal and remand, the defendants' Answer to Kaufman's Complaint was due within 60 days of the remand from the Court of Appeals. As such, the defendants' Answer was due on or before July 2, 2008. It is now more than six weeks past that date, and still no Answer has been filed. Without such an Answer, this case cannot proceed.

Therefore, it is requested that this Court order the defendants to file their Answer to Kaufman's Complaint, no later than September 5, 2008.

Dated this 19th day of August, 2008.

Respectfully submitted,

James J Kaufman

Take note, this is the Second motion to compel Answer filed by Kaufman. The first was mailed on August 3rd, 2008, but does not appear on the PACER docket as of August 12, 2008. It appears that, for some reason, the court clerk is not receiving, or is not docketing, Kaufman's communications. If this motion is not docketed, Kaufman will seek relief from the Court of Appeals.

(2)