United States District Court
For the District of Columbia

James J. Kaufman,

    Plaintiff,

-vs-

Michael Mukasey, et al.,

    Defendants.

Case No. 05-cv-1631 (RWR)

Plaintiff's Objection to
Defendants' Proposed Briefing Schedule

James Kaufman, plaintiff pro se, hereby submits this objection to the defendants' proposed briefing schedule, filed with the Court on July 23, 2008, and received by Kaufman on August 19, 2008. This objection is based upon the following:

1) This action was filed on August 12, 2005, and served on the defendants on November 2, 2005. Pursuant to the Federal Rules of Civil Procedure, the defendants' Answer to Kaufman's Complaint was due January 3, 2006. As of August 19, 2008, nearly three years later, the defendants have not filed an Answer in this action. As such, this action may not proceed until such Answer has been filed.

**RECEIVED**

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2) In late 2005, Kaufman submitted several requests for discovery to each defendant, and also several requests at a later date. As of August 19, 2008, no defendant has provided Kaufman with <u>any</u> of that requested information. Those requests would yield a significant amount of information vital to this action.

3) The defendants propose to file a motion for summary judgment, but we are not yet at that stage in this action. First, because an Answer to Kaufman's Complaint has not yet been filed. Second, a motion for summary judgment would not be consistent with the Court of Appeals' instructions on remand. (Opinion, May 2, 2008) Until that mandate is followed, no other actions may be taken. Kaufman is prepared to file, and has already drafted, a Brief addressing those issues.

4) Lastly, Kaufman requests some latitude from both the Court and defense counsel. In July 2008, Kaufman's probation agent confiscated his entire personal copy of his file on this action, and has refused to return it. Kaufman attempted to rebuild this file, asking appellate amicus counsel Steven Goldblatt for a copy of all documents, but was told that appointment as amicus counsel ended when the Court of Appeals made its decision. Kaufman therefore requests that the Court and counsel Heather Graham-Oliver please provide him with copies of the record in this action to date, so that he can adequately refer to that record in any further filings with the Court.

From the district court record, Kaufman would need the Complaint (#1), the Rule 26 statement with attachments (#11), the Defendants' Motion to Dismiss (#13), Kaufman's Responses to Motion to Dismiss (#16 & 17), and the Defendant's Reply (#19). From the Court of Appeals' record, Kaufman would need all briefs filed, and the oral argument transcripts. Kaufman currently has no means to pay for these copies, but agrees to make payment for the copies when able to do so.

Based upon all of the above, this action cannot proceed until an Answer has been filed, and discovery provided, and hopefully Kaufman can receive copies of the record.

Dated this 19th day of August, 2008.

Respectfully submitted,

*James J. Kaufman*

James J. Kaufman, pro se
728 Second Ave.
Eau Claire, WI 54703



## Georgetown University Law Center

*Appellate Litigation Program*

**T. Alexander Aleinikoff**
*Dean*

**Steven H. Goldblatt**
*Professor of Law*
*Director*

**Cecily E. Baskir**
**Richard H. Frankel**
*Supervising Attorneys*

**Daurie J. Simmons**
*Office Manager*

August 14, 2008

Mr. James Kaufman                **LEGAL MAIL**
Eau Claire County Jail
728 Second Avenue
Eau Claire, Wisconsin 54703

Dear Mr. Kaufman:

    I received your letter that you addressed to Ms. Simmons, our Office Manager requesting further assistance from us. As I explained when I last wrote, while I am sympathetic with your problems, we cannot provide any further assistance to you. Our appointment as amicus curiae in your case ended when the D.C. Circuit made its decision in your case. We do not have the resources to help you any further.

    I am truly sorry that we cannot help you out, but you must understand that we are no longer in this case in any capacity. I wish you the best of luck in the future.

Sincerely,

Steven H. Goldblatt

*111 F Street, NW, Suite 306, Washington DC 20001-2075*
*(202) 662-9555*