UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES K. KAUFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1631 (RWR) |
| ) | |
| MICHAEL B. MUKASEY, Attorney ) | |
| General, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Each side has separately responded to the July 8, 2008 Order directing the parties to confer and file a joint proposed briefing schedule. The defendants proposed a schedule, but the plaintiff did not. Instead, he asked that the Court provide him with free copies of documents previously filed in this case because he does not have access to the copies he once possessed. In addition, the plaintiff has filed a motion to compel an answer and discovery and a later motion to compel discovery that cites to the docket on Pacer. The motions to compel will be denied as premature, the request for free copies of documents will be denied, and a briefing schedule will be entered.

Plaintiff is incorrect in his belief that the defendants were required to submit an answer to the complaint or must respond to discovery. A defendant may file a motion to dismiss in lieu of filing an answer, *see* Fed. R. Civ. P. 12(b), and the defendants opted to file a motion to dismiss. The defendant's motion to dismiss challenged this Court's subject matter jurisdiction, a challenge that had to be addressed and resolved before the case could proceed. *Graley v. Usan-Hunington Bank,* Civil Action No. 07-47 (RWR), 2007 WL 2684070, *1 (D.D.C. Sept. 6, 2007)

-2-

("Before a court may address the merits of a complaint, it must be assured that it has the authority to exercise jurisdiction over the claims."). Now, the court of appeals has directed that on remand, the district court make certain designated legal determinations, not that the defendants file an answer. Moreover, until an Order issues that sets a discovery schedule, the defendant is not required to respond to any discovery requests made by plaintiff. Therefore, plaintiff's motions to compel an answer and responses to discovery requests will be denied.

Plaintiff has requested free copies of documents filed in this case, but has also cited access to Pacer. Access to Pacer should include access to read the documents filed on the record in this case in the district court. The transcript of the hearing before the court of appeals is not part of the record in this Court, and a request for the transcript before the court of appeals is not properly directed here. Accordingly, plaintiff's request for free copies of documents filed with this Court will be denied.

Accordingly, it is hereby

ORDERED that the following schedule will govern the conduct of this case: the defendant's motion for summary judgment addressing the issues set forth in the July 8, 2008 Order is due October 28, 2008; the plaintiff's opposition and cross-motion, if any, is due December 1, 2008; the defendant's reply and opposition to any cross-motion is due January 6, 2009; and the plaintiff's reply in support of his cross-motion, if any, is due January 21, 2009. It is

FURTHER ORDERED that plaintiff's motions to compel an answer and responses to discovery requests be, and hereby are, DENIED. It is

FURTHER ORDERED that plaintiff's request that the Court provide him at no charge with hard copies of certain documents filed in this case be, and hereby is, DENIED.

-3-

SIGNED this 3rd day of September, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge

Case 1:05-cv-01631-RWR   Document 37   Filed 09/04/2008   Page 3 of 3