United States District Court
For the District of Columbia

*Mukasey, 9/8/08*
*U.S.D.J.    Date*

James J. **Kaufman**,
    Plaintiff,

-vs-                                         Case No. <u>05-cv-1631 (RWR)</u>

Michael **Mukasey**, Michael **Chertoff**,
and Condoleezza **Rice**,
    Defendants.

---

### Affidavit of James J. Kaufman

---

James J. Kaufman, plaintiff pro se, hereby states the following under pains and penalties of perjury:

1. My name is James Jonathan Kaufman. I was born on December 13, 1973, in the City of Black River Falls, County of Jackson, State of Wisconsin. As such, I acquired United States citizenship by virtue of my birth in the United States.

2. As of July 25, 2004, I have held the view that I am no longer a United States citizen. On that date, I submitted my request for voluntary loss of my United States citizenship to Attorney General John Ashcroft, pursuant to 8 U.S.C. § 1481(a)(6). By law, the loss of my United States citizenship occurred on that date, and <u>not</u> on the date that a certificate of loss of nationality is actually issued.

3. I am a complete and total pacifist. I do not support or condone violence or physical harm in any form, whether perpetrated by the government or any by individual. I have never in my life (34 years) been involved in any physical altercation or act of violence. I hold no ill-will or animosity towards the people of the Unitd States. That being said, I must state that I abhor the violence and deaths perpetrated upon innocent people all over the world by the government of the United States. I cannot support or condone these actions. I believe that being a citizen of the United States provides support, however indirectly, for these actions, and thus cannot be tolerated.

4. I am also an atheist, and a gay man. My status and membership in each of those minority groups has rendered me as socially unfit, as less than human, and certainly not a full citizen, in the eyes of both the American people, and the American government.

5. Because of all of the above, in addition to many other reasons, I have chosen to exercise my final and irrevocable right as an American citizen to voluntarily renounce that citizenship, along with any and all allegiance, responsibilities, and privileges of that citizenship. I make this choice freely and voluntarily.

6. I have no intention of remaining, now or in the future, at any place inside the boundaries of the United States. It is my intent to depart from the United States at the soonest available legal opportunity. After this occurs, I have no intention of ever returning to the United States, or to ever seek such entry.

7. As an alien and stateless person under the laws of the United States, I fully understand that I am subject to deportation from the United States. Because I am not a citizen, I understand that I am not eligible for a United States passport. I further understand that, upon deportation from the United States, I am not entitled to protection or assistance from the government of the United States. I further declare that, upon the loss of my citizenship, I will seek and gratefully accept an order for immediate voluntary deportation from the United States as soon as is legally possible.

Dated this 27th day of August, 2008.

Respectfully submitted,

*James J. Kaufman*

James J. Kaufman

Acknowledged before me on this 27th day of August, 2008.

_____
Notary Public / Deputy Clerk
My commission expires: 12/31/2010